

**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*
*Administrative Maximum*

---

Colorado Consolidated Legal Center             Florence, CO 81226

July 24, 2006

Nancy Mayer-Whittington, Clerk
United States Department of Justice
United States Marshals Service
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW, Suite 1400
Washington, DC 20001-2801

RE:  <u>Peter Georgacarakos v. Watts, et. al.</u>
     Civil Action No. 06-01022-JR (District of Columbia)

Dear Ms. Mayer-Whittington:

Enclosed please find the service documents that were sent to the Federal Correctional Complex in Florence, Colorado, for Mr. L. Smith, Mr. Robert Hood, and Mr. Michael Pugh, defendants, in the above-styled civil action. The above individuals are not employed at the Federal Correctional Complex in Florence. As such, I am returning the packets with the waivers unsigned.

I trust this information will be of assistance to you. If you have any questions or concerns, please do not hesitate to call me at (719) 784-5216.

Sincerely,

Christopher B. Synsvoll
Supervisory Attorney


Enclosures

⑦

**U.S. Department of Justice**
United States Marshals Service

RECEIVED

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

U.S. MARSHALS OFFICE

TO:
L.Smith, Disciplinary Hearing Officer
Florence Admax-USP
POB 8500
Florence, CO 81226

Civil Action, File Number __06-1022 JR__

__Peter Georgarakos__
V.
__Harrell Watts, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__6/22/06__                                              _[signature]_
Date of Signature                                        Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Robert Hood, Warden
USP - Florence Admax
POB 8500
Florence, CO 81226

Civil Action, File Number __06-1022 JR__

Peter Georgarakos

V.

Harrell Watts, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__6/22/06__                                 [signature]
Date of Signature                           Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)

☆ U.S. GOVERNMENT PRINTING OFFICE 1995-400-394

U.S. Department of Justice
United States Marshals Service

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**

U.S. MARSHALS OFFICE

United States District Court
for the
District of __Columbia__

TO: Pugh, Warden
    Florence Admax
    8500
    Florence, CO 81226

Civil Action, File Number __06-1022  JR__

__Peter Georgarakos__
                V.
__Harrell Watts, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__6/22/06__
Date of Signature                                              Signature (USMS Official)

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process