UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER GEORGARAKOS
_____
Plaintiff(s)

vs

HARRELL WATTS, ET AL
_____
Defendant(s)

Civil Action No. 06-1022 JR

FILED
AUG 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

L. SMITH
B. HOOD
M. PUGH

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by August 14, 2006. Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER GEORGARKOS

VS.                                    C.A. No. 06-1022 JR

HARRELL WATTS, ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: L. SMITH

Defendant's address: _____

Defendant's name: R. HOOD

Defendant's address: _____

Defendant's name: M. PUGH

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____