UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER GEORGARAKOS,** | ) <br> ) <br> ) |
| Plaintiff, | )     Civil Action No.: 06-1022 (JR) <br> ) |
| v. | ) <br> ) |
| **HARRELL WATTS,** *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants, Harrell Watts, Michael Nalley, R. Wiley, Robert Hood, Michael Pugh, G.L. Herschberger, David Duncan, L. Smith, and Doppelson, respectfully move for an enlargement of time for all Federal Defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure[1]. Defendants' response is currently due August 28, 2006. Defendants request an enlargement of time until October 30, 2006, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, bring this <u>Bivens</u> action against numerous federal employees of the Federal Bureau of Prisons. Plaintiff has sued each of the federal defendants in their official and individual capacity. Plaintiff has not completed proper service of all of the federal defendants at this time.

Because it is a <u>Bivens</u> action, the individual federal defendants sued in their personal

---

[1] In making this motion for an extension of time, the defendants Harrell Watts, Michael Nalley, R. Wiley, Robert Hood, Michael Pugh, G.L. Herschberger, David Duncan, L. Smith, and Doppelson do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

capacities, have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.

The process begins, however, with requests from the federal employees and their respective agencies. The individual defendants who have been served have started, but have not completed, the process of requesting DOJ representation from the Torts Branch. Accordingly, this Office cannot yet represent the individual defendants.

Because the defenses of the individual federal defendants as individual defendants will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

## Certificate of Service

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Peter Georgarakos
Reg. No. 03029-036
Florence Admax U.S.P.
P.O. Box 8500
Florence, CO 81226-8500


on this 25th day of August, 2006.

                                              /s/
                                  JOHN HENAULT, D.C. BAR # 472590
                                  Assistant United States Attorney