**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PETER GEORGARAKOS,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.: 06-1022 (JR)** |
| ) | |
| **v.** ) | |
| ) | |
| **HARRELL WATTS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before October 30, 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Peter Georgarakos
Reg. No. 03029-036
Florence Admax U.S.P.
P.O. Box 8500
Florence, CO 81226-8500