UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER GEORGARAKOS
---
Plaintiff(s)

vs

Civil Action No. 06-1022 JR

HARRELL WATTS, ET AL
---
Defendant(s)

**FILED**

AUG 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

L. SMITH
---
B. HOOD
---
M. PUGH
---
_____
---

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by August 14, 2006 _____ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

RECEIVED

AUG 28 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rev. 1/01

PETER GEORGACARAKOS
03029-036
P.O. BOX 8500
FLORENCE, CO 81226

RE: 06-1022-JR

AUGUST 21, 2006

DEAR CLERK:

PLEASE NOTE THAT THE DUE DATE FOR COMPLIANCE WITH THE JUDGES 8/17/06 ORDER WAS SET FOR 3 DAYS BEFORE THE DATE OF THE ORDER.

I HAVE COMPLIED WITH THE ORDER TO THE BEST OF MY ABILITY. I DO NOT HAVE ACCESS TO ANY DIRECTORIES AND ALL STAFF HERE CLAIM NOT TO KNOW THE NAMES IN QUESTION. PLEASE NOTE THAT ALL THREE OF THESE DEFENDANTS ARE (OR WERE) BOP EMPLOYEES AND SO THE RELEVANT INFORMATION SHOULD BE IN A GOVERNMENT DIRECTORY. THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER GEORGARKOS

vs.

HARRELL WATTS, ET AL

C.A. No. 06-1022 JR

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: L. SMITH: WAS DISCIPLINARY HEARING
Defendant's address: OFFICER AT SUPERMAX IN SPRING 2004; RETIRED.

Defendant's name: R. HOOD: WAS WARDEN OF SUPERMAX
Defendant's address: IN 2002; RETIRED.

Defendant's name: M. PUGH: WAS WARDEN OF SUPERMAX
Defendant's address: IN 2004; RETIRED.

Defendant's name:
Defendant's address:

Defendant's name:
Defendant's address:

Defendant's name: