U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

GEORGACARAKOS | DOCKET NO. 06-1022(JR)
v. |
WATTS, et al. |

**PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING BUREAU OF PRISONS TO PROVIDE SERVICE ADDRESSES FOR RETIRED DEFS.**

COMES NOW THE PLAINTIFF, PRO SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO PROVIDE ADDRESSES FOR THE RETIRED DEFENDANTS IN THIS CIVIL ACTION FOR THE PURPOSE OF MAKING SERVICE.

DEFENDANTS HERSCHBERGER AND HOOD HAVE RETIRED AND THE BUREAU WILL NOT PROVIDE ADDRESSES EXCEPT UPON COURT ORDER, AND THIS ACTION IS RIPE FOR SERVICE UPON DEFENDANTS AT THIS TIME.

RECEIVED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE: 10/23/06

RESPECTFULLY SUBMITTED,

P.N. GEORGACARAKOS

CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE MOTION FOR COURT ORDER DIRECTING BUREAU OF PRISONS TO PROVIDE SERVICE ADDRESSES FOR RETIRED DEFENDANTS BY MAILING A CONFORMED COPY THEREOF TO JOHN HENAULT, AUSA, 555 4th ST, NW, WASHINGTON, DC 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 10/23/06

P.N. GEORGACARAKOS
PRO SE