UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GEORGACARAKOS,
PLAINTIFF

V.                                         CIV. NO. 06-1022(JR)

WATTS, et al.,
DEFENDANTS

PLAINTIFF'S MOTION TO AMEND COMPLAINT PURSUANT TO F.R.C.P. 15(a)

PETER GEORGACARAKOS, PRO SE, RESPECTFULLY MOVES THIS HONORABLE COURT TO AMEND HIS INITIAL PLEADING IN THIS CIVIL ACTION AS INDICATED IN THE ENCLOSED AMENDED COMPLAINT, PURSUANT TO THE RULE ALLOWING AMENDMENT BEFORE A COMPLAINT IS ANSWERED.

DATE: 10/23/06                       RESPECTFULLY SUBMITTED,

                                     [signature]

                                     P.N. GEORGACARAKOS
                                     P.O. BOX 8500
                                     FLORENCE, CO 81226

RECEIVED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE MOTION TO AMEND COMPLAINT ALONG WITH A COPY OF THE AMENDED COMPLAINT FOR THE AUSA AND AN ADDITIONAL COPY FOR EACH DEFENDANT, BY MAILING A CONFORMED COPY THEREOF TO JOHN HENAULT, ASST. U.S. ATTORNEY, 555 4th ST., N.W., WASHINGTON, DC 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 10/23/06

P. N. GEORGACARAKOS
PRO SE