UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER GEORGACARAKOS,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-1022 (JR)
                                    :
HARRELL WATTS, *et al.*,            :
                                    :
        Defendants.                 :

## ORDER

Plaintiff's amended complaint will be filed as a matter of right, and his motion to amend [16], which was unnecessary, is **denied as moot.** Plaintiff's motion to require the Bureau of Prisons to provide addresses of retired defendants [15] is **denied without prejudice.** Defendant's second motion for extension of time to answer [14] is **denied,** but defendant may have 20 days from the date of this order to respond to plaintiff's amended complaint.

                                JAMES ROBERTSON
                           United States District Judge