TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:04-cv-02590-ZLW

Georgacarakos v. Watts et al
Assigned to: Judge Zita L. Weinshienk
Case in other court: 05-01180
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/16/2004
Date Terminated: 03/03/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Peter Georgacarakos        represented by   Peter Georgacarakos
                                            #03029-036
                                            ADX-Florence
                                            P.O. Box 8500
                                            Florence, CO 81226
                                            PRO SE

V.

**Defendant**

H. Watts

**Defendant**

G. L. Hershberger

**Defendant**

J. Slyker

**Defendant**

D. S. Doddrill

**Defendant**

J. M. Hurley

**Defendant**

T. R. Sniezek

**Defendant**

J. Reed

**Defendant**

Doppelson

**Defendant**

Wilson

**Defendant**

W. J. Roal

**Defendant**

M. E. Ray

**Defendant**

R. A. Hood

**Defendant**

M. V. Pugh

**Defendant**

J. D. Lamer

**Defendant**

D. A. Duncan

**Defendant**

E. J. Netzband

**Defendant**

L. Smith

**Defendant**

Alexander

**Defendant**

Aponte

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2004 | 1 | MOTION for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Peter Georgacarakos. (bpm, ) (Entered: 12/17/2004) |
| 12/16/2004 | 2 | ORDER directing clerk to commence civil action and granting [1] Motion for Leave to Proceed in Forma Pauperis . Initial partial payment of $11.00 is due within 30 days. Monthly payments due thereafter until paid in full. Signed by Magistrate Judge O. Edward Schlatter on 12/16/04. (bpm, ) (Entered: 12/17/2004) |
| 12/16/2004 | 3 | Prisoner COMPLAINT against all defendants , filed by Peter Georgacarakos.(bpm, ) (Entered: 12/17/2004) |
| 01/10/2005 | 4 | PAYMENT RECEIVED from Peter Georgacarakos in the amount of $ 11.00; Receipt Number 257420; Initial Payment. (pap, ) (Entered: |

| | | 01/11/2005) |
|---|---|---|
| 01/14/2005 | 5 | ORDER TO SHOW CAUSE by Plaintiff why the complaint should not be dismissed, Show Cause Response due within 30 days. Signed by Magistrate Judge O. Edward Schlatter on 1/14/05. (pap, ) (Entered: 01/20/2005) |
| 02/08/2005 | 6 | RESPONSE TO ORDER TO SHOW CAUSE by Peter Georgacarakos. (pap, ) (Entered: 02/10/2005) |
| 02/15/2005 | 7 | STATEMENT for Zero Income in January re [2] Order on Motion for Leave to Proceed in Forma Pauperis, by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 02/17/2005) |
| 03/03/2005 | 8 | ORDER AND JUDGMENT OF DISMISSAL. The Complaint and the action are dismissed w/o prejudice purs to 42 USC 1997e(a) for failure to exhaust administrative remedies. Judgment enters in favor of Defendants against Plaintiff. Signed by Judge Zita L. Weinshienk on 3/2/05. (pap, ) (Entered: 03/04/2005) |
| 03/11/2005 | 9 | MOTION for Reconsideration re [8] Judgment, by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 03/14/2005) |
| 03/14/2005 | 10 | LETTER/STATEMENT re [2] Order on Motion for Leave to Proceed in Forma Pauperis, by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 03/15/2005) |
| 03/25/2005 | 11 | ORDER denying [9] Pla's Motion for Reconsideration of [8] Judgment. Signed by Judge Zita L. Weinshienk on 3/24/05. (pap, ) (Entered: 03/29/2005) |
| 04/01/2005 | 12 | MOTION for Reconsideration re [8] Judgment and [11] Order on Motion for Reconsideration by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 04/04/2005) |
| 04/05/2005 | 13 | MINUTE ORDER denying [12] Pla's Motion for Reconsideration re [8] Judgment and [11] Order on Motion for Reconsideration. Entered by Judge Zita L. Weinshienk on 4/5/05. (pap, ) (Entered: 04/07/2005) |
| 04/14/2005 | 14 | NOTICE OF APPEAL as to [13] Order on Motion for Reconsideration on 4/5/05, [8] Judgment on 3/3/05, and [11] Order on Motion for Reconsideration on 3/25/05 by Peter Georgacarakos. Fee Status: Fees not paid, IFP motion not filed. Notice mailed to all counsel on 4/14/05. (djs, ) (Entered: 04/15/2005) |
| 04/18/2005 | 15 | ORDER TO CURE DEFICIENCY re: [14] Notice of Appeal filed by Peter Georgacarakos. Signed by Judge Zita L. Weinshienk on 4/18/05. Appellant has 30 days to pay $255 filing fee or file a motion to appeal in forma pauperis.(djs, ) (Entered: 04/19/2005) |
| 04/19/2005 | 16 | USCA Case Number 05-1180 for [14] Notice of Appeal filed by Peter Georgacarakos. (djs, ) (Entered: 04/20/2005) |
| 04/29/2005 | 17 | MOTION for Leave to Proceed on Appeal Under 28 U.S.C. 1915 by |

| | | |
|---|---|---|
| | | Plaintiff Peter Georgacarakos. (djs, ) (Entered: 05/02/2005) |
| 05/04/2005 | 18 | ORDER denying [17] Motion for Leave to Appeal in Forma Pauperis. Signed by Judge Zita L. Weinshienk on 5/4/05. (djs, ) (Entered: 05/04/2005) |
| 05/04/2005 | 19 | ORIGINAL FILE TRANSMITTED to Court of Appeals consisting of files 1 for their use in determining appellant's fee status re: [14] Notice of Appeal. (djs, ) (Entered: 05/04/2005) |
| 06/02/2005 | 20 | LETTER/STATEMENT re [2] Order on Motion for Leave to Proceed in Forma Pauperis, by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 06/06/2005) |
| 10/11/2005 | 21 | MANDATE of USCA issued on 10/11/05 as to [14] Notice of Appeal filed by Peter Georgacarakos. USCA order and judgment dated 8/18/05 affirming the judgment of the USDC and granting appellant's motion to proceed without the prepayment of the filing fee. (djs, ) (Entered: 10/12/2005) |
| 10/28/2005 | 22 | TENDERED Amended Prisoner Complaint by Plaintiff Peter Georgacarakos. (pap, ) (Entered: 11/01/2005) |
| 11/08/2005 | 23 | MINUTE ORDER re: 22 Tendered Amended Complaint filed by Peter Georgacarakos will not be considered as case has been dismissed . Entered by Judge Zita L. Weinshienk on 11/8/05. (pap, ) (Entered: 11/08/2005) |
| 12/14/2005 | 24 | Appeal Record Returned: original file returned re: [14] Notice of Appeal. Text Only Entry - No Document Attached (djs, ) (Entered: 12/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/15/2006 11:38:41 | | | |
| PACER Login: | us0786 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-02590-ZLW |
| Billable Pages: | 2 | Cost: | 0.16 |