CLOSED

# U.S. District Court
## District of Maine (Portland)
### CIVIL DOCKET FOR CASE #: 2:92-cv-00365-DBH

GEORGACARAKOS v. MCC, SUPT
Assigned to: JUDGE D. BROCK HORNBY
Demand: $0
Case in other court: USDC/Ptld, ME, 92-00278ph
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/26/1992
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**PETER NICHOLAS GEORGACARAKOS**

represented by **PETER NICHOLAS GEORGACARAKOS**
Reg. No. 03029-036
P.O. BOX 904
Ray Brook, NY 12977-0300
PRO SE

V.

**Defendant**

**MAINE CORRECTIONAL CENTER, SUPERINTENDENT**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/1992 | 1 | PRISONER COMPLAINT filed (slh) (Entered: 10/27/1992) |
| 10/27/1992 | | Case referred to Brownell, MJ. for review (slh) (Entered: 10/27/1992) |
| 10/28/1992 | 2 | ORDER, to set specific document deadline for 11/12/92 for PETER NICHOLAS GEORGACARAKOS to pay filing fee or file application to proceed in forma pauperis failing which case will be dismissed. ( signed by JUDGE D. B. HORNBY ) cc: pltf (slh) (Entered: 10/29/1992) |
| 11/09/1992 | 3 | MOTION by PETER NICHOLAS GEORGACARAKOS to Proceed in Forma Pauperis (slh) (Entered: 11/09/1992) |
| 11/09/1992 | | Motion(s) referred: [3-1] motion to Proceed in Forma Pauperis referred to MAG. JUDGE WILLIAM S. BROWNELL (slh) (Entered: 11/09/1992) |
| 11/30/1992 | 4 | MOTION by PETER NICHOLAS GEORGACARAKOS for Appointment of Counsel (slh) (Entered: 11/30/1992) |
| 12/01/1992 | 5 | ORDER granting [3-1] motion to Proceed in Forma Pauperis & DISMISSING case as frivolous ( signed by JUDGE D. B. HORNBY ) cc: pltf (slh) (Entered: 12/03/1992) |

| 12/03/1992 | 6 | JUDGMENT for MCC, SUPT against PETER NICHOLAS GEORGACARAKOS - case DISMISSED signed by Dpty Clk Whitten for William S. Brownell, Clerk. cc: pltf (slh) (Entered: 12/03/1992) |
| 12/03/1992 | | Case closed (slh) (Entered: 12/03/1992) |
| 12/03/1992 | | Deadline updated; Purge Appeal 1/4/93 (slh) (Entered: 12/03/1992) |
| 12/11/1992 | 7 | MOTION by PETER NICHOLAS GEORGACARAKOS for Reconsideration of [5-1] order (slh) (Entered: 12/11/1992) |
| 12/11/1992 | 8 | MOTION by PETER NICHOLAS GEORGACARAKOS to Amend [1-1] complaint (slh) (Entered: 12/11/1992) |
| 12/11/1992 | | Motion(s) taken under advisement: [8-1] motion to Amend [1-1] complaint under advisement, [7-1] motion for Reconsideration of [5-1] order under advisement (slh) (Entered: 12/11/1992) |
| 12/14/1992 | | ENDORSEMENT on Motion denying [7-1] motion for Reconsideration of [5-1] order. Judgment has been entered & no sufficient ground is shown under F.R.Civ.P. 60 to grant relief from judgment. ( signed by JUDGE D. B. HORNBY ) cc: pltf (slh) (Entered: 12/17/1992) |
| 01/04/1993 | 9 | NOTICE OF APPEAL by PETER NICHOLAS GEORGACARAKOS . Ptnr appeals dismissal & end. of 12-14-92 upon mtn to oppose dismissal & amend cmp #7. (FEE NOT PD; IFP) (slh) Modified on 01/07/1993 (Entered: 01/07/1993) |
| 01/08/1993 | 10 | ORDER Denying Certificate of Probable Cause ( signed by JUDGE D. B. HORNBY ) cc: pltf (slh) (Entered: 01/14/1993) |
| 01/14/1993 | | Copy of Notice of Appeal mailed to pltf Georgacarakos & AG's Office (slh) (Entered: 01/14/1993) |
| 01/14/1993 | | CERTIFICATE of Clerk (Form 83) [9-1] appeal issued; mld to USCA w/Org docs #: 1-10 (cc/pltf, AG's Office) (slh) (Entered: 01/14/1993) |
| 01/14/1993 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [9-1] appeal by PETER NICHOLAS GEORGACARAKOS (cc/pltf, AG's Office) (slh) (Entered: 01/14/1993) |
| 01/27/1993 | | NOTICE of Docketing ROA from USCA Re: [9-1] appeal by PETER NICHOLAS GEORGACARAKOS USCA NUMBER: 93-1085 (slh) (Entered: 01/28/1993) |
| 02/18/1993 | 11 | MANDATE/JUDGMENT OF USCA (certified copy) Re: [9-1] appeal by PETER NICHOLAS GEORGACARAKOS; appeal dismissed upon mtn of appellant (slh) (Entered: 02/18/1993) |
| 04/25/1996 | | CASE FILE SENT TO FEDERAL RECORDS CENTER (ARCHIVES) Accession No.: 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 Box No.: 13 of 22 Location: C9313 Disposal Date: January 2021 (bfa) (Entered: 04/25/1996) |

Case 1:06-cv-01022-JR    Document 19-4    Filed 11/16/2006    Page 3 of 3

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/15/2006 13:49:05 | | | |
| PACER Login: | us0786 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:92-cv-00365-DBH |
| Billable Pages: | 2 | Cost: | 0.16 |