UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 06-1022 (JR) |
| v. ) | |
| ) | |
| HARRELL WATTS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

UPON CONSIDERATION of Defendants' Motion to Stay Proceedings Pending Plaintiff's Payment of Full Filing Fees Under the PLRA, any oppositions and relies thereto, applicable law, and the record herein, it is this _____ day of

_____, 2006,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff must pay the full filing fee within 14 days of this Order, and this case is stayed pending Plaintiff's payment in full of the filing fees.  If plaintiff fails to pay the required filing fee within 14 days of this Order, this case will be dismissed.

_____
James Robertson
United States District Judge

cc:   JOHN F. HENAULT
      Assistant United States Attorney
      555 4th Street, NW
      Washington, DC  20530

PETER N. GEORGACARAKOS
# 03029-036
Florence ADMAX
US Penitentiary
PO Box 8500
Florence, CO 81226-8500