UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER GEORGACARKOS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-1022 (JR) |
| HARRELL WATTS, et al., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER TO SHOW CAUSE

Defendants have filed a motion to stay pending plaintiff's payment of the full filing fee under the Prison Litigation and Reform Act. Accordingly, pursuant to 28 U.S.C. § 1915(g), it is

**ORDERED** that within 30 days plaintiff show cause why his *in forma pauperis* status should not be revoked and plaintiff ordered to pay the full filing fee.

JAMES ROBERTSON
United States District Court