U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
DEC 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| GEORGACARAKOS | CIV. ACT. # 06/1022 (JR) |
|---|---|
| WATTS, et al. | |

AFFIDAVIT OF PETER N. GEORGACARAKOS

COMES NOW THE PLAINTIFF, PURSUANT TO 28 U.S.C. 1746, AND DECLARES THE FOLLOWING:

1. I AM THE PLAINTIFF IN THE ABOVE-CAPTIONED CIVIL ACTION; I FILED THIS MOTION PREVIOUSLY IN COLORADO, AND IT WAS DISMISSED WITHOUT PREJUDICE OVER JURISDICTION; OTHER THAN A TORT CLAIM FOR LOST ART BOOKS, I HAVE FILED NO OTHER LAWSUITS IN THE PAST 10 YEARS.

2. IN 1996 I TRIED TO INTERVENE IN A KNIFE FIGHT IN PROGRESS AND IN DOING SO UNINTENTIONALLY CONTRIBUTED TO THE DEATH OF ANOTHER INMATE. I WAS SENT TO THE ADX WITH A 5 YEAR SANCTION IN 1998.

3. ALTHOUGH I HAVE RECEIVED MANY

AFFIDAVIT OF GEORGACARAKOS—2

INCIDENT REPORTS FOR VIOLATING BOP RULES, ALMOST ALL DERIVED FROM ENGAGING IN PASSIVE RESISTANCE TO UNJUST ACTIONS. OTHER THAN THE 1996 KILLING MENTIONED ABOVE, I HAVE IN 15 YEARS NEVER ONCE BEEN CHARGED WITH ATTACKING STAFF, FIGHTING WITH ANOTHER PRISONER, POSSESSING A WEAPON, NOR HAVE I FAILED A URINALYSIS TEST OR BREATHALIZER.

4. WHILE I WAS IN THE ADX "CONTROL UNIT" FOR 5½ YEARS I SAW MANY PRISONERS DISCHARGE, SOME BELONG TO GANGS (ARYAN BROTHERHOOD, MEXICAN MAFIA, TEXAS SYNDICATE, D.C. BLACKS, ETC.); MOST HAD LONG HISTORIES OF SERIOUS PRISON VIOLENCE; SOME HAD PREVIOUS CONVICTIONS FOR KILLING (BEFORE THE KILLING FOR WHICH THEY WERE SENT TO THE ADX).

5. THE 1996 KILLING IS THE ONLY VIOLENT CRIME I HAVE EVER BEEN ACCUSED OF, AND WHILE IN THE CONTROL UNIT

AFFIDAVIT OF GEORGACARAKOS - 3

I PARTICIPATED IN PROGRAMS AND HAD VERY FEW PROBLEMS; WHEN I WENT TO THE DISCHARGE HEARING IN APRIL 2003, I WAS NOT TOLD I WAS BEING CONSIDERED FOR INDUCTION INTO THE STEP-DOWN PROGRAM AT THE ADX AND THUS ASSUMED THAT, LIKE ALMOST EVERYONE ELSE, I WOULD BE SENT TO A PENITENTIARY NEAR MY FAMILY IN ACCORDANCE WITH POLICY. THE CENTRAL COMMITTEE BLACKED OUT THE TRANSFER LOCATION ON MY DISCHARGE FORM SO THAT I DID NOT KNOW I WAS TO BE DOUBLE-PROGRAMMED UNTIL MOVED ONLY 100 FEET AWAY.

6. AT THAT TIME I WAS PLACED IN THE SPECIAL HOUSING UNIT (SHU) OTHERWISE KNOWN AS "THE HOLE" WITH PRISONERS SERVING PUNISHMENT FOR INFRACTIONS OR IN PROTECTIVE CUSTODY (PC), FOR A YEAR, SUBJECT TO CONSIDERATION TO START MY SECOND PROGRAM IN APRIL 2004.

AFFIDAVIT OF GEORGACARAKOS—4

7. PRIOR TO THIS TIME STAFF HAD LISTED ME AS A MEMBER OF A "THREAT GROUP" WHICH THEY CALLED "WHITE SUPREMACIST," BASED ON THE FACT THAT I AM A PAGAN, AND SUED THE BOP IN 1995 TO GET MY RELIGION RECOGNIZED. AT MY TRIAL IN PENNSYLVANIA FOR THE 1996 KILLING, IN JANUARY–FEBRUARY 2004, EXPERT EVIDENCE WAS GATHERED INDICATING THAT I AM A PAGAN AND NOT A WHITE SUPREMACIST, AND SUBSEQUENTLY THE BOP CONCEDED THAT IT HAD NEVER POSSESSED ANY EVIDENCE THAT I WAS A "WHITE SUPREMACIST."

8. IN APRIL 2004 I WAS PLACED IN THE ADX "STEP-DOWN" PROGRAM. I HAVE NEVER COME ACROSS OR HEARD OF ANOTHER PRISONER BEING DOUBLE PROGRAMMED EXCEPT GANG LEADERS, PROTECTIVE CUSTODY CASES, OR FOR SUCH THINGS AS TAKING STAFF HOSTAGE IN A RIOT OR VIOLENT ESCAPE.

9. A PSYCHOLOGIST APPOINTED BY THE

AFFIDAVIT OF GEORGACARAKOS - 5

PENNSYLVANIA COURT DIAGNOSED ME AS SUFFERING FROM A CLINICAL DEPRESSION AND SLEEP DISORDER DUE TO PROLONGED ISOLATION, AND I BEGAN TAKING A SELECTIVE SERATONIN REUPTAKE INHIBITOR IN DECEMBER 2003. I WAS ALSO FOUND TO HAVE VERY HIGH CHOLESTEROL FOR NO APPARENT REASON, AND TO HAVE BLOOD-PRESSURE SO EXTRAORDINARILY HIGH THAT I WAS IMMEDIATELY PLACED ON A BETA-BLOCKER.

10. IN THE STEP-DOWN PROGRAM I WAS ABLE TO INTERACT WITH OTHER PEOPLE (A TOTAL OF 8) TO GO OUTSIDE IN THE SUNSHINE FOR 6-9 HOURS PER WEEK, AND TO PLAY HANDBALL. I HAD NO PROBLEMS AND WITHIN 6 MONTHS WAS GOING TO COME OFF THE PSYCHOTROPIC MEDICATION. MY CHOLESTEROL AND BLOOD-PRESSURE ALSO RETURNED TO NORMAL LEVELS.

11. IN MARCH 2005 THERE WAS

AFFIDAVIT OF GEORGACARAKOS - 6

A COUPLE KILLINGS IN THE ADX, BOTH RELATED TO GANGS (THE "MEXICAN MAFIA" AND "DC BLACKS") AND MY STEP-DOWN UNIT WAS LOCKED DOWN. STAFF BUILT A DOG KENNEL WHERE WE HAD PLAYED HANDBALL, AND THUS E, F, AND G UNITS BECAME CONTROL UNITS; i.e., ISOLATION UNITS.

12. I REPEATEDLY ASKED TO BE RE-CLASSIFIED, SINCE UNLIKE ALMOST EVERYONE ELSE I HAD JUST COME OUT OF ISOLATION, AND BECAUSE IT IS FORBIDDEN TO TAKE AN SSRI WHILE IN ISOLATION. WARDEN BAILEY, WHEN I ASKED HIM ABOUT THIS, TOLD ME THAT I WASN'T IN ISOLATION UNLESS HE SAID I WAS IN ISOLATION, AND THUS THE UNIT WOULD CONTINUE TO BE CALLED "GENERAL POPULATION" DESPITE THE FACT THAT WE ARE ISOLATED 24 HOURS PER DAY.

13. INSTEAD OF BEING ABLE TO WEAN OFF MY ONE MEDICATION, THE PSYCHIATRIST KEPT INCREASING THE DOSAGE BECAUSE MY CONDITION

AFFIDAVIT OF GEORGACARAKOS — 7

was worsening, then added another SSRI to my regimen for the sleep disorder. The dosage on these medications had to be continually increased, and eventually another medication added, so that I am now taking 3 psychotropic drugs.

14. When I went to get resentenced pursuant to Booker in March 2006, Officer Martinez took almost all my religious property as "excessive". He told me I must mail out 8 inches of material to get these files back. Over the next couple months I did this at least twice but he kept saying I had not sent enough.

15. I sent "Requests to Staff" to Martinez and his boss, Javernick, repeatedly informing them that this property was ten years worth of research and writing, all original and irreplaceable and asked for its return. I gave my counselor 6 more inches

AFFIDAVIT OF GEORGE KAKOS — 8

OF PERSONAL PROPERTY TO MAIL OUT AND HAD HIM CALL MARTINEZ BECAUSE MY DEADLINE WAS THE NEXT DAY. MARTINEZ TOLD MY COUNSELOR THAT HE HAD ALREADY SUBMITTED A MEMORANDUM TO THE WARDEN FOR THE PROPERTY'S DESTRUCTION, AND THUS WOULD DESTROY IT AS SOON AS IT WAS SIGNED, MY COUNSELOR TOLD ME.

16. THE NEXT DAY I WENT INTO MY KENNEL CAGE AND INFORMED STAFF THAT I WOULD REFUSE TO COME OUT UNTIL I SAW THE LIEUTENANT ABOUT MY PROPERTY. THE LIEUTENANT CAME TO TALK TO ME AND SAID HE WOULD CONTACT JAVERNICK'S BOSS, MS. HEIM.

17. THE FOLLOWING DAY, HEIM HAPPENED TO BE THE "DUTY OFFICER" (SATURDAY), AND SHE TOLD ME SHE HAD PLACED MY RELIGIOUS PROPERTY IN HOLDING AND ASSURED ME IT WOULD NOT BE DESTROYED. I SENT HEIM "REQUESTS TO STAFF" EVERY COUPLE DAYS AFTER THAT, ASKING FOR MY PROPERTY BACK.

AFFIDAVIT OF GEORGA CLARKOS - 9

18. I WAS DUE FOR ADVANCEMENT IN THE PROGRAM OUT OF ISOLATION, BUT STAFF HELD ME BACK FOR ANOTHER YEAR BECAUSE I HAD SAID I WOULD NOT COME OUT OF THE RECREATION CAGE UNLESS I TALKED TO THE LIEUTENANT ABOUT MY PROPERTY. MARION CLOSED DOWN AT THE SAME TIME, HOWEVER, AND I WAS MOVED WITH A BUNCH OF PRISONERS TO MAKE ROOM FOR THE MARION PRISONERS.

19. AS SOON AS I WAS IN THIS UNIT, I RECEIVED BACK AN ADMINISTRATIVE REMEDY RESPONSE IN WHICH IT WAS CLAIMED THAT MY RELIGIOUS PROPERTY WAS DEFINITELY BEING DESTROYED. FEELING IT WAS MY LAST TIME TO SAVE MY LIFE'S WORK, I WENT INTO THE COMMON AREA AND REFUSED TO RETURN TO MY CELL UNTIL MY PROPERTY ISSUE WAS ADDRESSED.

20. WHEN THE CAPTAIN WENT TO GET MY PROPERTY, WHICH EVEN WARDEN WILEY ASSURED ME WOULD NOT BE DESTROYED, HE FOUND THAT MARTINEZ HAD

AFFIDAVIT OF GEORGACARAKOS - 10

IN FACT DESTROYED ALL OF MY RELIGIOUS PROPERTY, AND EVIDENTLY CONCERNED ABOUT MY REACTION TO SUCH A HEINOUS DEED, HAD ME ATTACKED WITH TWO FULLY ARMORED SQUADS WITH BATONS, PEPPER-GAS, AND 2 NON-LETHAL SHOTGUNS. AFTER I SUBMITTED AND WALKED TO SHU, I WAS MANACLED TO A LARGE SLAB OF CONCRETE WITH ONLY A FILTHY MATTRESS AND BLANKET, IN THE "FOUR-POINT" POSITION, AND LEFT THERE, COVERED WITH CONTUSIONS AND PEPPER-GAS OIL, FOR 48 HOURS.

21. BECAUSE THE CODE OF FEDERAL REGULATIONS RESTRICTS THE USE OF FOUR-POINT RESTRAINTS ON NON-RESISTING INMATES TO 4 HOURS, AFTER I STAYED THERE FROM AUGUST 14TH TO AUGUST 15TH, I ASKED THE SEGREGATION LIEUTENANT WHY I WAS BEING LEFT IN THAT PAINFUL POSITION; HE SAID THAT THE CAPTAIN WAS "PISSED" BECAUSE WARDEN WILEY WAS MAD THAT I

AFFIDAVIT OF GEORGACARAKOS - 11

HAD "COST HIM A LOT OF MONEY."

22. WHEN THE CAPTAIN MADE HIS ROUNDS, I ASKED WHY I WAS BEING LEFT FOUR-POINTED SO LONG; HE SAID THE WARDEN WANTED TO "KEEP ME DOWN" UNTIL HE WAS SURE I WAS "SORRY."

23. WHEN WARDEN WILEY MADE HIS ROUNDS AND I ASKED HIM THE SAME QUESTION, HE SAID I HAD "COST HIM A LOT OF MONEY" AND WOULD "STAY DOWN" UNTIL HE WAS SURE I WAS "SORRY" FOR WHAT I HAD DONE.

24. AFTER APPROXIMATELY 48 HOURS FOUR-POINTED, I WAS LET UP TO SHOWER, USE THE TOILET, AND EAT.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT THIS 28th DAY OF NOVEMBER, 2006.

*[signature]*
PETER N. GEORGACARAKOS

## CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAS MADE DUE SERVICE OF THE FOREGOING AFFIDAVIT OF PETER GEORGACARAKOS BY MAILING A CONFIRMED COPY THEREOF TO JOHN F. HENAULT, AUSA, 555 4th ST, N.W., WASHINGTON, D.C., 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: NOVEMBER 28, 2006