RECEIVED
DEC 19 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Peter Georgacarakos
P.O. Box 8500
Florence, CO 81226

IN RE:

December 10, 2006                    06-1022 JR

Dear Clerk:

Please give the enclosed, up-to-date statement of my prison account to Judge Robertson. I live on about $300-350/year, $100 of which is taken by the BOP, and 20% of which is taken by the PLRA. With what remains I buy only stamps and pens, and an occasional book.

I know that most prisoners are scumbags because I live with them, but I truly am an exception. I'm not trying to "get over" on the court and this suit is both necessary and meritorious.

Thank you and Happy Holidays!

Respectfully,

[signature]

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03029036 | Current Institution: | Florence ADX |
| Inmate Name: | GEORGACARAKOS, PETER | Housing Unit: | F |
| Report Date: | 12/01/2006 | Living Quarters: | Z09-108LAD |
| Report Time: | 10:31:43 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8181 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/26/2002 |
| Local Account Activation Date: | 3/16/2006 4:04:07 AM |
| Sort Codes: | |
| Last Account Update: | 12/1/2006 12:10:35 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

### Account Balances

| | |
|---|---|
| Account Balance: | $20.83 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $14.83 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.00 |
| National 6 Months Deposits: | $160.00 |
| National 6 Months Withdrawals: | $148.24 |
| National 6 Months Avg Daily Balance: | $16.59 |
| Local Max. Balance - Prev. 30 Days: | $20.83 |
| Average Balance - Prev. 30 Days: | $15.31 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $11.99
Last Sales Date: 11/30/2006 12:29:34 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $265.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $265.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

http://140.1.82.16/umr/InmateInquiryCombined.aspx                    12/1/2006