U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| GEORGACARAKOS | |
|---|---|
| v. | CIVIL NO. 061022 (JR) |
| WATTS, et al. | |

## MOTION FOR ORDER FOR PHYSICAL AND MENTAL EXAMINATION OF THE PLAINTIFF

COMES NOW THE PLAINTIFF, PURSUANT TO RULE 35(a), F.R.C.P., AND HEREBY REQUESTS THAT THIS COURT ISSUE AN ORDER FOR A PHYSICAL AND MENTAL EXAMINATION OF HIS PERSON.

THE GOVERNMENT HAS ASSERTED IN ITS MOTION TO STAY THESE PROCEEDINGS THAT THE DELETERIOUS EFFECTS OF PROLONGED ISOLATION DO NOT CONSTITUTE "SERIOUS PHYSICAL HARM." PLAINTIFF AVERS THAT HIS MENTAL APTITUDE HAS BEEN REDUCED FROM THE 10TH PERCENTILE, AS MEASURED BY S.A.T. AND A.S.V.A.B, TO THE 35TH PERCENTILE, AS MEA-

sured by a court-appointed psychologist in the Middle District of Pennsylvania, due exclusively to a decade of solitary confinement; that his eyesight has deteriorated so significantly that he requires more powerful lenses every year; and that these effects constitute the infliction of "serious physical harm" because he is a MEDIUM SECURITY prisoner being unlawfully maintained in MAXIMUM SECURITY conditions.

Wherefore plaintiff respectfully requests that this court order a physical examination and mental evaluation, consistent with these contradictory claims, to establish the truth of the matter through a reliable and objective third party.

DATE: 12/25/06

RESPECTFULLY SUBMITTED,

PETER N. GEORGACARAKOS

# CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE MADE DUE SERVICE OF THE FOREGOING BY MAILING A CONFORMED COPY THEREOF TO JOHN F. HENAULT, AUSA, 555 4th ST., N.W., WASHINGTON, D.C. 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 12/25/06

PETER N. GEORGACARAKOS
PRO SE