U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED
JAN 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| GEORGACARAKOS | |
|---|---|
| v. | CIVIL NO. 061022 (JR) |
| WATTS, et al. | |

MOTION FOR ISSUANCE OF SUBPOENA

COMES NOW THE PLAINTIFF, PRO SE, PURSUANT TO RULE 45 (1)(c) AND (2)(2), F.R.C.P., AND HEREBY MOVES THIS HONORABLE COURT TO ISSUE A SUBPOENA FOR TWO PIECES OF EVIDENCE IN THE POSSESSION OF THE DEFENDANTS WHICH THEY INTEND TO DESTROY, BUT WHICH ARE CRUCIAL IN THIS CASE, IN THE INTERESTS OF JUSTICE.

PLAINTIFF RESPECTFULLY REQUESTS A SUBPOENA COMMANDING THE DEFENDANTS TO TURN OVER TO THE COURT FOR SAFEKEEPING THE FOLLOWING TWO ITEMS:

1. THE MEMORANDUM, PRODUCED BY THE PLAINTIFF'S UNIT "TEAM" ON JULY 14, 2006, REJECTING HIM FOR PLACE-

MENT IN THE "STEP-DOWN PROGRAM".

2. THE VIDEO TAPE OF AUGUST 14, 2006, RECORDING PLAINTIFF DEMANDING NOTHING MORE THAN THE RETURN OF HIS RELIGIOUS PROPERTY, AND THE SUBSEQUENT GASSING, SHOOTING, ASSAULTING, STRIPPING NAKED, AND "FOUR-POINTING" TO A BED.

PLAINTIFF AVERS THAT THE MEMORANDUM DEMONSTRATES THAT HE HAD ALREADY ENGAGED IN A PROTEST TO PREVENT THE DESTRUCTION OF HIS RELIGIOUS PROPERTY, WHICH WAS RESOLVED IN HIS FAVOR CONCERNING THE PROPERTY BUT THEN IMMEDIATELY USED TO PUNISH HIM WITH ANOTHER YEAR OF SOLITARY CONFINEMENT. DEFENDANTS STATED THAT HE WOULD RECEIVE A COPY OF THIS MEMORANDUM BEFORE THE PROPERTY WAS DESTROYED, BUT AFTER IT WAS DESTROYED HAVE CLAIMED THAT IT "CANNOT BE LOCATED". THE VIDEO TAPE PROVES BEYOND ANY DOUBT THAT PLAINTIFF WAS IN THE LEGAL AND MORAL RIGHT,

THAT AFTER HE HAD DEMONSTRATED ONCE AND BEEN ASSURED THAT HIS RELIGIOUS PROPERTY WOULD NOT BE DESTROYED, AND HE WAS UNLAWFULLY PUNISHED FOR SAME, HIS PROPERTY WAS STILL DESTROYED; THAT THIS ACT WAS ARBITRARY AND CAPRICIOUS AND WITHOUT PENOLOGICAL PURPOSE; AND THAT DEFENDANTS RESORTED TO EXCESSIVE FORCE AND THEN TORTURE FOR DARING TO PROTEST THE DESTRUCTION OF HIS LIFE'S WORK.

PLAINTIFF ASKS THE COURT TO SECURE THIS EVIDENCE AT THIS TIME, BEFORE IT IS DESTROYED OR "LOST" OR "DAMAGED" IN ONE OF THE COUNTLESS INCIDENTS OF "BROKEN STEAM PIPES" THAT SO OFTEN DESTROYS EVIDENCE NOT FAVORABLE TO BOP PERSONNEL, IN THE INTERESTS OF THE INTEGRITY OF THESE PROCEEDINGS AND JUSTICE.

RESPECTFULLY SUBMITTED,

DATE: 12/25/06

[signature]

PETER N. GEORGACARAKOS

CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE FOREGOING BY MAILING A CONFORMED COPY THEREOF TO JOHN F. HENAULT, AUSA, 555 4TH ST., N.W., WASHINGTON, D.C. 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 12/25/06

PETER N. GEORGACARAKOS
PRO SE