U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

JAN 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS

v.

WATTS, et al.

NO. 06-1022 (JR)

leave to file granted 1/10/07

PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY

THE AUSA HAS ESSENTIALLY PUT FORTH THE RIDICULOUS ARGUMENT THAT THE PLAINTIFF WAS IN IMMINENT DANGER OF INJURY WHEN IN FORMA PAUPERIS STATUS WAS GRANTED, BUT EX POST FACTO, i.e., AFTER THE INJURY HAS BEEN INFLICTED, THIS STATUS SHOULD BE REVOKED BECAUSE INFLICTED INJURY IS NOT "IMMINENT."

THE AUSA'S ARGUMENT ABOUT PSYCHOTROPIC MEDICATION IS NOTHING LESS THAN DISPICABLE, BECAUSE PLAINTIFF HAS BEEN UNLAWFULLY IN SOLITARY CONFINEMENT FOR YEARS, HIS BRAIN CHEMISTRY SIMPLY WILL NO LONGER FUNCTION PROPERLY, SO HE IS NOW ON 3 DIFFERENT DRUGS, EACH OF WHICH POSES A LONG-TERM POSSIBILITY OF BRAIN DAMAGE, BUT THE AUSA DEPICTS THIS CRIMINAL ACTIVITY AS "BENIGN."

IN THE CFR AND PROGRAMS

STATEMENTS DERIVED THEREFROM. THE FEDERAL GOVERNMENT ITSELF REFERS TO "SERIOUS DESTRUCTION OF PROPERTY" UNDER THE CATEGORY "EMERGENCY" AND LISTS IT BETWEEN "THREAT OF BODILY HARM" AND "EXTREME DETERIORATION OF FUNCTIONING." O.V. 6010.01(8)(b) PLAINTIFF WAS SENTENCED TO SEVEN TIMES HIS GUIDELINES SENTENCE FOR THE "VIOLENT FELONY" OF ACCESSORY TO CLASS B BURGLARY AFTER THE FACT, AND THUS FINDS THE IDEA THAT $20,000 WORTH OF ORIGINAL CREATIVE WORK IS LESS IMPORTANT. THE LAW DOES NOT SAY "BODILY".

FINALLY, IF CRIMINAL CASES CANNOT BE USED AGAINST A PERSON AFTER 10 YEARS, NOT EVEN FOR IMPEACHMENT DURING TESTIMONY, THEN CIVIL CASES SHOULD OBVIOUSLY NOT BE COUNTED AFTER 10 YEARS. PLAINTIFF HAS 0 STRIKES.

THE MOTION OF DEFENDANTS SHOULD BE DENIED.

RESPECTFULLY,

PETER N. GEORGACARAKOS
PRO SE

CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE FOREGOING BY MAILING A CONFORMED COPY THEREOF TO JOHN F. HENAULT, AUSA, 555 4TH ST., N.W., WASHINGTON, D.C. 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 12/18/06

P.N. GEORGACARAKOS