## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 06-1022 (JR) |
| v. | ) |
| | ) |
| HARRELL WATTS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on plaintiff's motion for a subpoena and motion for a mental and physical examination, and on defendant's motion to stay discovery. Upon consideration of all relevant pleadings, applicable law, and the record herein, it is this ___ day of January 2007, hereby

ORDERED, that plaintiff's motions seeking discovery are hereby DENIED. It is further ORDERED that defendant's motion to stay discovery is hereby GRANTED. Discovery in this matter is stayed pending further notice from the Court.

_____
James Robertson
United States District Judge