U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
V.
WATTS, et al.

CIVIL NO. 061022 (JR)

## MOTION FOR ORDER INSTRUCTING THE B.O.P. TO OBEY THE COURT'S P.L.R.A. ORDER

COMES NOW THE PLAINTIFF, PRO SE, AND MOVES THIS HONORABLE COURT TO ISSUE AN ORDER COMMANDING THE BOP TO OBEY THE INSTRUCTIONS IN ITS PREVIOUS P.L.R.A. ORDER.

THIS COURT INSTRUCTED THE FLORENCE ADX TO DEDUCT 20% OF MONEYS RECEIVED BY PLAINTIFF FOR P.L.R.A. PAYMENTS. PLAINTIFF RECEIVED $290.00 FOR CHRISTMAS FROM VARIOUS FAMILY MEMBERS, INTENDED TO BUY STAMPS AND PENS THROUGHOUT THE YEAR, AND DEFENDANT WILEY HAS TAKEN ALL BUT $88.27, OR OVER 70%, THROUGH THE CLEVER RUSE OF TAKING 40% FOR DECEMBER AND THEN IMMEDIATELY TAKING ANOTHER 40% ON JANUARY FIRST.

THIS COURT'S PREVIOUS ORDER INSTRUCTED THAT 20% BE TAKEN FROM AMOUNTS RECEIVED, NOT THAT 20% BE TAKEN FROM THE SAME AMOUNT OVER AND OVER, BECAUSE PLAINTIFF LEAVES THE MONEY IN HIS ACCOUNT FOR STAMPS AND PENS RATHER THAN SPENDING IT ON COMMISSARY ITEMS.

WHEREFORE PLAINTIFF ASKS THIS COURT FOR AN ORDER INSTRUCTING THE PRISON TO RETURN ALL AMOUNTS TAKEN IN EXCESS OF THE COURT'S INSTRUCTIONS AND TO ONLY WITHDRAW 20% IN THE FUTURE.

DATE: 1/4/07

RESPECTFULLY SUBMITTED,

*[signature]*

PETER N. GEORGACARAKOS

### CERTIFICATE OF SERVICE

A COPY OF THE FOREGOING WAS MAILED TO JOHN HENAULT, AUSA, 555 4TH ST, N.W. WASHINGTON, DC 20530
1/4/07

*[signature]*