U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
V.
WATTS, et al.

NO: 06-1022 (JR)

## AFFIDAVIT OF PETER GEORGACARAKOS

COMES NOW THE PLAINTIFF, PURSUANT TO 28 U.S.C. § 1746, AND DECLARES THE FOLLOWING:

1. ADX STAFF REFUSE TO GIVE PRISONERS MORE THAN 30-40 SHEETS OF PAPER PER WEEK.

2. PLAINTIFF MUST USE THIS PAPER FOR ALL LEGAL WORK, CRIMINAL AND CIVIL, AS WELL AS FOR HIS BOOK AND LETTERS.

3. PLAINTIFF LITERALLY MUST CEASE WORKING EVERY WEEK BECAUSE HE RUNS OUT OF WRITING PAPER.

4. PLAINTIFF'S COUNSELOR INSISTS THAT HE USE CARBON PAPER TO MAKE ALL LEGAL DOCUMENTS,

AFFIDAVIT OF GEORGACARAKOS - 2

BUT REFUSES TO PROVIDE SUFFICIENT PAPER FOR SUCH.

5. WHEN PLAINTIFF, DUE TO THE BULK OF WORK HE HAS TO DO IN ANY GIVEN WEEK, MUST USE ALL HIS PAPER FOR ORIGINAL DOCUMENTS, HIS COUNSELOR REFUSES TO MAKE PHOTOCOPIES AS REQUIRED BY 28 CFR 543.11.

6. THIS COUNSELOR HAS EVEN EXTENDED THIS TO PARTIALLY HANDWRITTEN DOCUMENTS, AS IF CARBON PAPER CAN MAGICALLY TRANSFER, FOR EXAMPLE, STANDARDIZED FORMS, BECAUSE IT TRANSFERS WHAT IS HANDWRITTEN THEREON.

7. PLAINTIFF'S COUNSELOR REFUSED TO MAKE COPIES OF THE AMENDED COMPLAINT ON THIS PREMISE, AND HE HAD TO HAVE IT COPIED BY HIS CRIMINAL LAWYER, AS A FAVOR.

8. PLAINTIFF'S COUNSELOR REFUSED COPY THE ENCLOSED MOTION SO THAT SERVICE COULD BE MADE,

AFFIDAVIT OF GEORGACARAKOS 3

AND SO HE COULD MAINTAIN A COPY.

9. PLAINTIFF DID NOT HAVE ENOUGH PAPER TO MAKE DUPLICATES WITH CARBON PAPER, AND WHEN REQUESTED EXTRA PAPER SPECIFICALLY FOR THIS PURPOSE, WAS REFUSED.

10. THE ONLY REASON I AM NOT THE SUBJECT OF SERIOUS PHYSICAL (BODILY) HARM ON A DAILY, OR AT LEAST A WEEKLY, BASIS IS BECAUSE I SUBMIT TO UNCONSTITUTIONAL DEMANDS EVERY DAY.

11. I WILL HENCEFORTH REFUSE, PASSIVELY, TO SUBMIT TO ANY CONSTITUTIONAL VIOLATIONS, THEREBY FORCING STAFF TO EFFECT THE VIOLATION USING FORCE.

I SWEAR THAT THE FOREGOING IS TRUE, UNDER THE PENALTY OF PERJURY.

DATE: 1/1/07

PETER GEORGACARAKOS
PRO SE