U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
V.
WATTS, et al

CIVIL NO. 06-1022(JR)

## MOTION TO COMPELL GOVERNMENT AGENCY TO ABIDE BY REGULATIONS RELATIVE TO THE PROCESSES OF THIS CIVIL ACTION.

COMES NOW PLAINTIFF, PRO SE, PURSUANT TO 5 U.S.C.S. § 704, AND RESPECTFULLY REQUESTS THIS COURT TO ISSUE AN ORDER PURSUANT TO 5 U.S.C.S. § 706, COMPELLING THE DEFENDANTS IN THIS CASE TO MAKE LEGAL PHOTOCOPIES IN COMPLIANCE WITH THE CODE OF FEDERAL REGULATIONS, 28 CFR 543.11, SO THAT HE MAY EFFECTIVELY NEGOTIATE THIS CIVIL ACTION.

DATE: 1/7/07

RESPECTFULLY SUBMITTED,

PETER N. GEORGACARAKOS

## CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE MOTION TO COMPEL GOVERNMENT AGENCY TO ABIDE BY REGULATIONS RELATIVE TO THE PROCESSES OF THIS CIVIL ACTION, MOTION TO SUPPLEMENT PLEADINGS, SUPPLEMENTAL PLEADINGS, AND AFFIDAVIT OF PETER GEORGACARAKOS, BY MAILING CONFORMED COPIES THEREOF TO JOHN F. HENAULT, AUSA, 555 4th STREET N.W., WASHINGTON, D.C. 20530 BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 1/8/07

_____
PETER N. GEORGACARAKOS
PRO SE