U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
V
WATTS, et al.

CIVIL NO. 061022 (JR)

## MOTION TO SUPPLEMENT PLEADINGS

COMES NOW PLAINTIFF, PURSUANT TO RULE 15(d), F.R.C.P., AND HEREBY MOVES THIS HONORABLE COURT FOR LEAVE TO SUPPLEMENT THE PLEADING IN THIS ACTION BASED ON OCCURRENCES WHICH HAVE HAPPENED SINCE THIS SUIT WAS INITIATED.

IN SUPPORT OF THIS MOTION, THE PLAINTIFF APPENDS HERETO PROPOSED SUPPLEMENTAL PLEADINGS AND THE AFFIDAVIT OF PETER GEORGACARAKOS.

WHEREFOR, PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO GRANT THIS MOTION IN THE INTERESTS OF JUSTICE.

DATE: 1/7/07

RESPECTFULLY SUBMITTED,

_____
PETER N. GEORGACARAKOS
PRO SE