U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

GEORGACARAKOS
v.
WATTS, et al.

CIVIL NO. 06-1022 (JR)

AFFIDAVIT OF PETER GEORGACARAKOS

COMES NOW THE PLAINTIFF, PURSUANT TO 28 U.S.C. §1746, AND DECLARES THE FOLLOWING:

1. WHEN I INSISTED THAT MY "UNIT TEAM" CALCULATE MY SECURITY SCORE BECAUSE THE INCIDENT FOR WHICH I WAS PLACED IN SOLITARY CONFINEMENT HAPPENED SO LONG AGO (OVER 10 YEARS) THAT IT NO LONGER EVEN COUNTS ON BOP PARAMETERS, MADISON, SUDLOW, AND COLLINS ALTERED CATEGORIES SUCH AS "LIVING SKILLS" AND "PROGRAM PARTICIPATION" FROM HIGHEST TO LOWEST SCORES, BUT WITH THESE AND OTHER IMPROPER CALCULATIONS COULD NOT GET MY SECURITY SCORE UP TO "HIGH".

2. WHEN I COMPLAINED OF ALL THE NEW

INACCURACIES, I WAS TOLD THEY DID NOT MATTER BECAUSE MY UNIT TEAM "MUST KEEP ME AT HIGH SECURITY" ANYWAY.

3. I HAVE IN MY POSSESSION GOVERNMENT DOCUMENT FLMFN 606.00, FOR SECURITY SCORING, DATED NOVEMBER 29, 2006, IN WHICH MY MEDIUM SCORE OF 20 POINTS THUS HAS "HIGH" FALSELY RECORDED BESIDE IT.

4. I READ PROGRAM STATEMENT 5100.08 AND WROTE OUT A POINT-BY-POINT DEMONSTRATION THAT PURSUANT TO CHAPTER 2, PAGE 3 AND CHAPTER 5, PAGES 1 + 4, I AM UNLAWFULLY DESIGNATED TO THE ADX, BUT MY UNIT TEAM RESPONDED WITH HALF-TRUTHS AND LIES THAT ARE OBVIOUSLY CONTRARY TO P.S. 5100.08.

5. ON JANUARY 5, 2007, APPROXIMATELY 3:00 P.M., I STOPPED WARDEN WILEY AND TOLD HIM THAT I HAVE 20 SECURITY POINTS — ARGUABLY JUST 16 — AND AM BEING HELD IN MAXIMUM SECURITY IN VIOLATION

OF PROGRAM STATEMENT 5700.08, AND HE RESPONDED BY CLAIMING THAT THE PROGRAM STATEMENT "DOES NOT APPLY TO ME." I REMINDED WILEY THAT HE HIMSELF HAD REFERRED TO 5700.08 IN A PREVIOUS ADMINISTRATIVE REMEDY RESPONSE, AND HE SIMPLY STATED THAT HE "IS THE ONLY LAW AT THE ADX" AND THAT MY SECURITY SCORE MEANT NOTHING TO HIM BECAUSE I WOULD NOT LEAVE THE ADX "UNTIL HE DOES NOT WANT ME THERE."

I SWEAR THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, THIS 7TH DAY OF JANUARY, 2007.

DATE: 1/7/07

PETER N. GEORGACARAKOS
PRO SE