U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

GEORGACARAKOS
v.
WATTS, et al.

CIVIL NO. 06-1022(JR)

## SUPPLEMENTAL PLEADINGS

### PARTIES

1. R. MADISON, UNIT COUNSELOR, ADX; ACTING UNDER COLOR OF LAW AS PLAINTIFF'S COUNSELOR.

2. V. SUDLOW, CASE MANAGER, ADX; ACTING UNDER COLOR OF LAW AS PLAINTIFF'S CASE MANAGER.

3. M. COLLINS, UNIT MANAGER, ADX; ACTING UNDER COLOR OF LAW AS PLAINTIFF'S UNIT MANAGER.

### CAUSE OF ACTION

1. CLAIM 4: CONSPIRACY TO VIOLATE PLAINTIFF'S FIRST, FIFTH, AND EIGHTH AMENDMENT RIGHTS

SUPPORTING FACTS: Defendants Madison, Sudlow, and Collins calculated plaintiff's security score pursuant to the new BOP PROGRAM STATEMENT 5100.08, issued October 2006, after years of falsely claiming he was not a "medium" security prisoner unlawfully at a "maximum" security institution, and after manipulating scores to plaintiff's detriment still derived a security score of "medium", 20 points, in an institution not lawful for prisoners with fewer than 24 points. Defendants then simply put "high" next to his medium score and told plaintiff that for reasons they are not at liberty to discuss, they cannot make him a medium security inmate regardless of the CODE OF FEDERAL REGULATIONS. Defendants have subsequently falsified numerous government documents to falsely maintain this unlawful status, and concocted various false "theories" as to why for him, medium is "high".