UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 06-1022 (JR) |
| V. | ) |
| | ) |
| HARRELL WATTS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR COURT TO ACKNOWLEDGE IMMINENT THREAT OF SERIOUS PHYSICAL INJURY**

Based upon plaintiff's most recent filings, two things are apparent. First, plaintiff has decided to become a problem inmate and intentionally subject himself to disciplinary action for his actions in jail. Second, plaintiff has decided to begin litigating for sport. Unfortunately, none of plaintiff's most recent filings are enough to overcome defendant's motion to stay or, in the alternative, dismiss pursuant to the Prisoner Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915.

Plaintiff filed his complaint on June 2, 2006, and filed an amended complaint on November 2, 2006. Defendants filed a motion to stay proceedings pending payments of the full filing fee under the PLRA on November 16, 2006. This motion is currently pending, and defendants have not yet answered the complaint or filed a Rule 12 motion to dismiss. On January 3, 2007, plaintiff filed a motion for a mental and physical examination and a motion to issue a subpoena. Defendant moved to stay all discovery in this action on January 18, 2007. Since that filing, plaintiff has filed no less than five pleadings, including his most recent motion requesting that the Court "acknowledge" an alleged imminent threat of serious physical injury. The support for plaintiff's motion is his admitted misconduct in the prison setting and voluntary

efforts to subject himself to discipline. In fact, plaintiff himself acknowledges that he is taking these actions in an effort to defeat defendants' motion to stay. This Court should not be swayed by plaintiff's admitted and willful misconduct. In fact, to do so would simply encourage other prisoners to act contrary to the rules in prisons simply to escape the dictates of the PLRA.

Regarding plaintiff's arguments as to why his voluntary misconduct, and the discipline that follows the misconduct, meets the legal standard for imminent threat of bodily harm, defendants respectfully refer the Court to defendants' November 16, 2006 motion and December 11, 2006 reply, and defendants' January 18, 2007 motion to stay all discovery.[1]

February 22, 2007                     Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

---

[1] Likewise, the rationale set forth in defendants' filings is applicable to plaintiff's four miscellaneous pleadings filed on January 18, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007, I caused the foregoing to be served on plaintiff via first class United States Mail:

PETER N. GEORGACARAKOS
# 03029-036
Florence ADMAX
US Penitentiary
PO Box 8500
Florence, CO 81226-8500

                                        /s/
                                  JOHN F. HENAULT
                                  Assistant United States Attorney