**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER N. GEORGACARAKOS,      )
                    )
        Plaintiff,       )
                    )  No. 06-1022 (JR)
        v.           )
                    )
HARRELL WATTS, <u>et</u> <u>al.</u>,      )
                    )
        Defendants.   )
_____)

<u>ORDER</u>

This matter comes before the Court on plaintiff's second motion for court to

acknowledge imminent threat of serious physical injury.  Upon consideration of all applicable

pleadings, applicable law, and the record herein, it is this _____ day of

_____, 2006,

ORDERED, that plaintiff's motion be, and hereby is, DENIED.

                                     _____
                                     James Robertson
                                     United States District Judge

cc:    JOHN F. HENAULT
       Assistant United States Attorney
       555 4th Street, NW
       Washington, DC  20530

       PETER N. GEORGACARAKOS
       # 03029-036
       Florence ADMAX
       US Penitentiary
       PO Box 8500
       Florence, CO 81226-8500