U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
MAR 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGA CARAKOS

V.

WATTS, et al.

CIVIL NO. 06-1022 JR

## MOTION FOR PRETRIAL CONFERENCE AND SCHEDULING ORDER FOR CASE MANAGEMENT

COMES NOW THE PLAINTIFF PRO SE, PURSUANT TO F.R.C.P. 16(a), (b), AND (c), AND HEREBY MOVES THIS HONORABLE COURT TO INITIATE A SCHEDULING CONFERENCE WHEREIN THE COURT CAN ASSIGN A DATE FOR A PRETRIAL CONFERENCE AND ENTER A SCHEDULING ORDER TO MANAGE THIS ACTION. PURSUANT TO RULE 16(b)(6), A SCHEDULING ORDER SHALL ISSUE WITHIN 120 DAYS AFTER THE COMPLAINT HAS BEEN SERVED ON A DEFENDANT. THE DEFENDANTS WERE INSTRUCTED TO RESPOND TO THE COMPLAINT IN AUGUST, ALMOST 6 MONTHS AGO. WHEREAS THE GOVERNMENT IS OBVIOUSLY INTENT ON OBFUSCATING THIS ACTION WITH FRIVOLOUS

collateral matters. While the plaintiff is prepared to go to trial immediately, the court is respectfully requested to enter an order limiting the time the government may engage in dilatory conduct.

Plaintiff's prison is equipped with an in-house teleconference courtroom and thus he is available and prepared for a scheduling conference at this time. Plaintiff is entitled to a jury trial on the merits, is prepared to undertake this action now, with minimal discovery necessary, and is suffering irreparable harm while this case lacks management.

Whereas the defendants are unquestionably not entitled to qualified immunity, their unlawful actions are continuing and causing irreparable harm, and plaintiff is entitled to a scheduling conference within 120 days of last April, he asks that the court issue these orders now and hold the government accountable through the sanct-

ions codified in F.R.C.P. 16(5). Justice demands as much.

WHEREFORE, the Court is respectfully requested to grant this and all preceeding motions by the Plaintiff.

DATE: 2/21/07

RESPECTFULLY SUBMITTED,

*[signature]*
PETER N. GEORGACARAKOS
PRO SE

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing to John F. Henault, AUSA, 555 4th St., N.W., Washington, D.C. 20530.

DATE:

*[signature]*
PETER N. GEORGACARAKOS