**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER N. GEORGACARAKOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 06-1022 (JR) |
| v. | ) |
| | ) |
| HARRELL WATTS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss.  Upon consideration of all relevant pleadings, applicable law, and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED, that Defendants' Motion is hereby GRANTED.

_____
James Robertson
United States District Judge