UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER GEORGACARKOS,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**HARRELL WATTS, et al.,** )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1022 (JR) |

## ORDER

Defendants have filed a motion to dismiss the case. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded, grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss [38] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded. And it is

**FURTHER ORDERED** that plaintiff's motion for pretrial conference and scheduling order [37] is **denied**.

JAMES ROBERTSON
United States District Court