APPENDIX

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER, N.    03029-036    B-A21D    ADX

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** I DID NOT DENY "ANY AFFILIATION" WITH WHITE SUPREMACIST GROUPS — NOW YOU PEOPLE ARE ALREADY MAKING CONCESSIONS AND EXCUSES. THE POINT IS, I AM NOT A SUPREMACIST, AND THE DIFFERENCE BETWEEN ME AND ANY SUPREMACIST I ASSOCIATE WITH IS EXACTLY THE DIFFERENCE OF THE DEFINITION YOU GAVE. I AM Ni AN "ADVOCATE OR ADHERENT OF GROUP SUPREMACY", AND A LARGE PART OF MY ASSOCIATION WITH OTHERS IS DIRECTLY RELATED TO THIS DIFFERENCE IN BELIEF, AS ANY TRUE INQUIRY WOULD REVEAL. INSTEAD, YOU HAVE MADE — AND ADMIT MAKING — A GROSS OVERGENERALIZATION BASED ON PERSON PREJUDICE — EXACTLY WHAT YOU ACC A "SUPREMACIST" OF DOING. THUS, MY BELIEFS AND IDEALS ARE MORE FAIR AND JUST THAN THOSE OF A SUPREMACIST AND YOURS. I WANT MY NAME REMOVED FROM A LIST IT IS IMPROPERLY ON. SAYING I AM A SUPREMACIST IS AKIN TO SAYING A VOLUNTEER WHO WORKS WITH HANDICAPPED CHILDREN IS THEREFORE HANDICAPPED. YOU'VE MADE A MISTAKE IF THIS IS DENIED, I WANT THE LIST OF AVAILABLE B.O.P. CATEGORIES SO I CAN SEE IF I m FIT BETTER IN ANOTHER. THANK YOU.

7/31/98

DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

AUG 1 1 1998

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 16 1176 - A

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    BP-231(13)
APRIL 1982

Administrative Remedy No. 161176-A1
Part B - Response

You appeal your Central Inmate Monitoring (CIM) assignment of
Special Supervision.  Specifically, you allege that there is no
reason for the assignment and request a list of available
assignments to choose the appropriate one.

The Warden and Regional Director advised you that there is
sufficient documentation to support your continued CIM assignment
of Special Supervision, and we concur with the reasons provided.
The "list" of CIM assignments can be found in P.S. 5180.04,
Central Inmate Monitoring System.  The program statement should
be available to you at the institutional level.  Based on the
above, your appeal is denied.


8-20-98
_____                    _____
     Date                              Wendy J. Roal, Administrator
                                       National Inmate Appeals

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER N    03029-036    Z    ADMAX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** NO ONE HAS INVESTIGATED ANYTHING. EVERYONE SIMPLY USES THE ACCUSATIONS THEMSELVES AS EVIDENCE! THIS IS OUTRAGEOUS — I'm NOT A WHITE SUPREMACIST, NEVER HAVE BEEN, AND THERE IS NO REASON WHATSOEVER TO BELIEVE I AM. MY RELIGIOUS TATTOOS AND MY RELIGIOUS VIEWS ARE BEING PERVERTED TO SUSTAIN THIS LIE. I DEMAND A REAL INVESTIGATION, NOT OF THE ACCUSATIONS AND RELATED PAPERWORK, BUT OF THE FACTS UPON WHICH THESE WERE BASED. IT IS RACIST TO CALL ME A RACIST IF I'M NOT, AND A VIOLATION OF MY FIRST AMENDMENT RIGHTS TO INTENTIONALLY MISINTERPRET MY IDEALS. THIS IS A SERIOUS MATTER AND I REQUEST SOMEONE TO SERIOUSLY ENSURE IT IS NOT AGAIN RUBBER STAMPED. THIS ANTI-WHITE RACISM AND ANTI-PAGAN INTOLERANCE MUST END AS POLICY.

DATE _____    SIGNATURE OF REQUESTER _____

**Part B—RESPONSE**
7/15/03

JUL 30 2003

DATE _____
ORIGINAL: RETURN TO INMATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GENERAL COUNSEL

**Part C—RECEIPT**    CASE NUMBER: 298547-A1

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____
USP LVN    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

**Administrative Remedy No. 298547-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy in which you claim you have been incorrectly classified as a member or associate of a Security Threat Group. You request an investigation.

Our review reveals the Warden and Regional Director adequately responded to the issues you raised in your appeal. Staff have appropriately reviewed this matter and determined that the classification is appropriate. As noted in your response from the Regional Director, specific information regarding your classification is more appropriately handled through a Freedom of Information/Privacy Act request. Such requests must be made in writing and addressed to the Director, Bureau Of Prison, 320 First Street, NW, Washington, D.C. 20534. Both the face of the letter and envelope should clearly marked, "Freedom of Information Request." Accordingly, your appeal is denied.

September 10, 2003
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

---

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER N    0305-08    Z    ADMAX
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**  EVERY TIME I AM TRANSFERRED, MY FORMS IDENTIFY ME AS "WHITE SUPREMACIST/SKINHEAD." I HAVE SEEN A STATUS FORM LISTING THE SAME. I WISH THIS TO BE CORRECTED, SINCE EVERYONE ADMITS THAT THERE IS "NO EVIDENCE" THAT I AM EITHER, THANK-YU.

8/17/04
DATE                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 336695-A1

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                              BP-231(13)
                                                     APRIL 1982

Administrative Remedy No. 336695-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal in which you claim you are being incorrectly identified
as part of a Security Threat Group.  You request this inaccurate
information be corrected.

Our review reveals this issue was previously addressed in Central
Office Administrative Remedy No. 298547-A1, and we find no need
to elaborate on this issue any further.

Accordingly, your appeal is closed as repetitive.


_October 25, 2004_
         Date

_____
      Harrell Watts, Administrator
      National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03129-086    F    ADMAX

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** I HAVE 16 CUSTODY POINTS — MEDIUM SECUR. HOW, THEN, COULD I HAVE WARRANTED DOUBLE PROGRAMMING, IN VIOLATION OF POLICY, WHILE OTHER INMATES WITH DOZENS MORE POINTS WENT TO REGULAR HIGHS? IN NOVEMBER I WILL HAVE 14 POINTS — A LOW — YET I WILL BE IN MY 11th YEAR OF ISOLATION, HOW CAN A PERSON WITH 14 POINTS NEED "SPECIAL POLICY RELATED TO CUSTODY CLASSIFICATION EVERY PEOPLE WITH 30 POINTS LEAVE HERE REGULARLY? WHY?

DATE 5/31/06        SIGNATURE OF REQUESTER [signature]

**Part B - RESPONSE**

```
┌─R─────────────────D─┐
│  E C E I V E        │
│  ┌──────────────┐   │
│  │  JUL 18 2006 │   │
│  └──────────────┘   │
│ Administrative Remedy Section │
└─────────────────────┘
```

**RECEIVED**

JUN 1 4 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 410464-A2

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
SUBJECT: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

_____
DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)

Administrative Remedy Number 410464-A3
Part B - Response


You contend your designation to the current prison is incorrect, as it is based upon a security designation level which is erroneous and inconsistent with other inmates.  You request to be transferred to a lower-security prison.

Our review of this matter reveals both the Warden and Regional Director have adequately addressed your concerns.  Review of your security and custody levels reveals such are calculated as required by Program Statement 5100.08, <u>Security Designation and Custody Classification Manual</u>.  You are appropriately designated to the current prison.  Each inmate's designation scenario is considered on its individual merits on a case-by-case basis.  You are not privy to the totality of knowledge regarding any other inmate's designation scenario and cannot compare your scenario to that of other inmates.  The greatest-severity incident report you received in 1996 for killing and possession of a dangerous weapon will not be reflected in your designation calculation after November 2006.  You may appeal at that time any impact such removal has upon your security designation.  At this point, however, no change is warranted.

Your appeal is denied.

September 19, 2006
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** FIRST OF ALL, AS IS OBVIOUS, I DID NOT COMPLAIN ABOUT NOT BEING IN THE "STEP DOWN PROGRAM." I COMPLAIN OVER BEING DESIGNATED TO THE ADX, IN VIOLATION OF POLICY, DUE ONLY TO MY RELIGION. ~~PEOPLE~~ SECONDLY, I DID ADDRESS THE NEWLY DISCOVERED DOCUMENT AT THE INSTITUTIONAL LEVEL. I CAME HE AT THE SAME TIME AS MUSLIMS, ALL HAD WORSE HISTORIES, OTHER ASSAULTS, AND HAD COMMITTED A HATE CRIME AT LEWIS BURG. THEY WENT TO NORMAL PENTENTIARIES, HOWEVER, IN 2003 AND I DID NOT. I HAVE BEEN ACCUSED OF ONE AC OF VIOLENCE IN 4 YEARS, AND HAVE 16 CUSTODY POINTS, HOW CAN I BE MEDIUM SECURITY AND WARRANT DOUBLE PROGRAMMING? 5/10/06

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MA 2 4 200?
Administrative Remedy Section

_____        GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 404495-A1

**Part C - RECEIPT**

                                       CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JULY 11, 2006


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-103L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 404495-A1
DATE RECEIVED   : MAY 24, 2006
RESPONSE DUE    : JULY 23, 2006
SUBJECT 1       : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2       :
INCIDENT RPT NO:

Administrative Remedy No. 404495-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you apparently object to your designation to ADX Florence. You nonspecifically cite the disposition of other inmates to support your objection and believe the disparity in treatment is religiously based. You made no specific request.

Our review of this matter reveals both the Warden and the Regional Director comprehensively addressed your concerns. We note all programming opportunities are contingent upon you continuing to maintain clear conduct, and find no correlation between your current placement and your religious preference, nor have you provided any. Our review of your discipline history, however, reveals numerous instances of disruptive behavior. This, along with your offense history, supports the designation decisions. We therefore concur with the responses, provided, finding no reason to reverse the decisions made, or a need to expound on the matter any further.

Because you made no specific request, this response is for informational purposes only.

_July 18, 2006_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GARGACARAKOS, PETER    03029-036    F    ADMAX

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

CIPATE" IN MY DISCHARGE FROM THE CONTROL UNIT IS A LIE; THE CLAIM THAT I HAD AN OPPORTUNITY TO "PARTI-
PANEL LIED TO ME CLAIMING NOT TO KNOW WHERE I WAS GOING
AN HOUR LATER I WAS GIVEN A BLACKED OUT DESTINATION FOR A
SECONDLY YOU PEOPLE LIED IN ALL MY SUBSEQUENT APPEALS
CHANGING THE STORY OVER AND OVER. THIRDLY, THE ENTIRE
MEXICAN MAFIA DISCHARGED THE SAME WEEK, 3 OF WHOM HAD
DONE 2 CONTROL UNIT PROGRAMS — IF AN ENTIRE MURDER
GANG DIDN'T NEED DOUBLE PROGRAMMING, THEN I DID NOT.
FOURTHLY, I WAS NOT PUT INTO THE STEP DOWN PROGRAM;
WAS DESIGNATED TO SHU FOR ONE YEAR. FINALLY, DOZENS
OF FAR MORE TROUBLESOME AND DANGEROUS PEOPLE, INCLUDING
MULTIPLE KILLERS, WERE NOT DOUBLE PROGRAMMED. I AM
HERE ONLY DUE TO MY RELIGION.

DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

4/6/06

R E C E I V E D
2
Administrative Remedy Section

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 400421-A1

CASE NUMBER: _____

Return to: _____

SUBJECT: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

_____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

Administrative Remedy No. 400421-A1
Part B - Response


You contend you were placed in a more-restrictive prison than were other similarly-situated inmates because of your religious affiliation.  You request to be transferred to another, less-restrictive, prison.

Our review of this matter reveals both the Warden and Regional Director have adequately addressed your concerns.  When you were processed out of the control unit program, you were properly designated to your current housing unit.  This decision was made because of your continued assaultive behavior.

Inmate designation determinations are governed by Program Statement 5100.07, <u>Security Designation and Custody Classification Manual</u>.  These determinations are based upon circumstances which are unique to each inmate and include severity of the current offense, history of violence, prior commitments, demonstrated responsibility and incident report history.  Each inmate's designation is considered on its individual merits and on a case-by-case basis.  You are not privy to the totality of knowledge regarding any other inmate's designation profile, and cannot compare your designation scenario to that of other inmates.  Designation decisions need not be exactly the same from inmate to inmate or from case to case.

You are appropriately designated to your current prison.  There is no evidence your religious affiliation has been considered by staff in making the decision as to where you will be housed.  No transfer is warranted.

Your appeal is denied.


_May 26, 2006_
Date

Harrell Watts, Administrator
National Inmate Appeals

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGA GERALDS, PETER N    0329-536    Z    ADMAX
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** TELLING ME OVER AND OVER WHY I WAS SENT HERE IN 1998 SAYS NOTHING ABOUT WHY I AM KEPT HER IN 2004, AFTER HAVING SUCCESSFULLY COMPLETED MY PROGRAM IN 2003. WHEREAS THE MUSLIMS WHO CAME HERE AT THE SAME TIME, FROM THE SAME PRISON, FOR THE SAME PUNISHMENT, WITH HISTORIES OF VIOLENCE I DON'T HAVE, AND KILLING TEN TIMES MORE VICIOUS THAN MINE AND A HATE CRIME, AND THEY WERE TREATED ACCORDING TO POLICY AFTER COMPLETING THE SAME PROGRAM, AND SENT TO NORMAL PENITENTIARIES, IT IS DEFINITIVE THAT I AM BEING TREATED DIFFERENTLY DUE TO MY RELIGIOUS ACTIVISM THE BOP MUST HAVE DECIDED THAT MY BEING A PAGAN IS WORSE THAN THE MUSLIMS PICKING A VICTIM BY SKIN COLOR AND BUTCHERING HIM, AND SO I AM PERSECUTED. IF THIS IS NOT TRUE, PLEASE TELL ME WHY I AM THE EXCEPTION TO POLICY.

　　　　　　　　　　　　　　　　DATE　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE** 7/20/04

　　　　　　DATE

ORIGINAL: RETURN TO INMATE　　　　JUL 2 7

　　　　　　　　　　　　　　GENERAL COUNSEL

　　　　　　　　　　　　　　CASE NUMBER: 337971-A1

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

　　　　　　DATE　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982

**Administrative Remedy No. 337971-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you claim you were treated differently and transferred to ADX Florence due to your religious beliefs.  You request a transfer to a "normal" United States Penitentiary (USP).

Our review reveals that the issues you raised have been addressed in Central Office Administrative Remedy No. 328271-A1.  Your appeal is being closed as repetitive.

_September 8 2004_
Date

Harrell Watts, Administrator
National Inmate Appeals

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACAKIS, PETER N    03024536    G    USP LVN
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A—REASON FOR APPEAL** I WAS SENT TO THE ADX TO SERVE 5 YEARS, I HAVE BEEN THERE 6, HAVING BEEN DISCHARGED FROM THE CONTROL UNIT OVER A YEAR AGO, EVERY PERSON WHO CAME THERE AFTER ME HAS SERVE THEIR 5 YEARS AND BEEN TRANSFERRED TO A NORMAL PENTENTIARY IN ACCORDANCE WITH B.O.P. POLICY AND THE C.F.R. I AM THE ONLY ONE PUT IN THE HOLE FOR A YEAR FOR NO PENOLOGICAL REASON WHATSOEVER, IN TOTAL VIOLATION OF POLICY LAW, AND MY CONSTITUTIONAL RIGHTS. IF THIS IS NOT RELIGIOUS PERSECUTION, THEN YOU SHOULD TELL ME WHY, DESPITE THE FACT THAT I HAVE ONLY BEEN ACCUSED OF ONE CRIME OF VIOLENCE IN 38, I AM THE ONLY PERS DENIED ALL POLICY LAWS, AND CONSTITUTIONAL RIGHTS AFTER SUCCESSFULL COMPLETING MY LEGITIMATE PUNISHMENT TIME, 28 C.F.R. 541.17

5/8/04　　DATE　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**

MAY 11 2004

---

DATE　　　　　　　　　　　　　　　　　GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE　　　　　　CASE NUMBER: 328271-A1

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____　　　　　_____
DATE　　　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN　　　　　　　　　　　Previous editions not usable

BP-231(13)
APRIL 1982

**Administrative Remedy No. 328271-A1**
**Part B - Response**

You appeal the Warden's response to your Request for
Administrative Remedy in which you request transfer from ADX
Florence to a "normal" penitentiary.  You maintain that your
continued confinement at ADX Florence constitutes "persecution
for [your] religious activism" and violation of your
Constitutional rights, policy, and common human decency.

Transfer is an issue which falls within the authority of the
Warden and Regional Director as set forth in Program Statement
5100.07, <u>Security Designation and Custody Classification Manual</u>.

Our review reveals the Warden and the Regional Director have
adequately addressed the transfer issue you raise on appeal.  As
previously noted, you are currently housed in a facility
commensurate with your security needs.  Your request for transfer
will be considered upon successful completion of the Step-Down
Unit Program.  You are encouraged to participate in recommended
programming and to maintain clear conduct and good institutional
adjustment.  Finally, you do not provide nor do we find, any
evidence to support your claim of discrimination or persecution
based upon your religious beliefs.

Based on the foregoing, your appeal is denied.


June 22, 2004
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, P        0302978G        F        ADMAX
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** IT IS DOCUMENTED THAT I COMPLIED WITH INSTRUCTIONS, SUBMITTED A PACKAGE FORM WITH ADDRESS AND SIGNED A FORM-24 FOR POSTAGE, BUT MY PROPERTY WAS DESTROYED REGARDLESS. MALICIOUSLY AND UNLAWFULLY THIS IS NOT ALLEGATION BUT DOCUMENTED, SO STOP COVERING UP FOR THESE BIG-OT'S, CONDUCT A REAL INVESTIGATION AND GRANT APPROPRIATE RELIEF I WANT REPRIMANDS, COMPENSATION AND IMMEDIATE PLACEMENT IN A NON-ISOLATION UNIT.

11/15/06
DATE        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

# RECEIVED

NOV 2 7 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 424151-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JANUARY 4, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F06-207L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 424151-A1
DATE RECEIVED  : NOVEMBER 27, 2006
RESPONSE DUE   : JANUARY 26, 2007
SUBJECT 1      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2      :
INCIDENT RPT NO:

**Central Office Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARATOS, P    03029-036    F    AD/MAX

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

IT IS DOCUMENTED THAT I SUPPLIED A PACKAGE FORM AND POSTAGE BEFORE THE DATE ORDERED, BUT THAT MARTINEZ MALICIOUSLY CHOSE TO DESTROY MY PROPERTY ANYWAY, AND TAVERNIA AND HEIM, DESPITE NUMEROUS REQUESTS FAILED TO STOP HIM. IT IS DOCUMENTED THAT AS A RESULT MY PROPERTY WAS UNLAWFULLY DESTROYED. EXCESSIVE FORCE WAS USED AGAINST ME AND I WAS TORTURED FOR 48 HOURS WITH FOUR-POINT RESTRAINTS. YOU CREATED THIS ATMOSPHERE, NOW FIX IT.

11/15/06

DATE    SIGNATURE OF REQUESTER

RECEIVED
NOV 27 2006
Administrative Remedy Section

**Part B - RESPONSE**

_____    _____
DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 426668-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
    JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JANUARY 4, 2007


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F06-207L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID      : 426668-A1
DATE RECEIVED  : NOVEMBER 27, 2006
RESPONSE DUE   : JANUARY 26, 2007
SUBJECT 1      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
INCIDENT RPT NO:

**Administrative Remedy No. 426668-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
in which you allege staff inappropriately destroyed your excess
property. You request staff be reprimanded. In addition, you
claim excessive force was used on you.

Our review reveals the Warden and Regional Director adequately
responded to the issues you raised in your appeal. As indicated
by the Regional Director, staff advised you on March 20, 2006,
of the excess property. Staff informed you that you had until
July 18, 2006, to provide an address and stamps if you wanted to
mail your excess property home. You did not provide stamps for
your excess property and therefore, your property was disposed of
in accordance with Bureau of Prisons policy.

The excessive force issue will not be addressed in this response.
If you wish to pursue this matter you must first file a Request
for Administrative Remedy locally through the Warden at your
institution.

We therefore concur with the responses provided. Accordingly,
your appeal is denied.

1-26-2007
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice                    Central Office Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS PETER        05239736        Z        ADMAX
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** I REQUEST A COPY OF THE MEMORANDUM FROM JULY 14 2006, DENYING MY PLACEMENT IN THE STEPDOWN PROGRAM, THIS IS THE SECOND TIME THE REGION HAS REFERRED TO IT IN ADMINISTRATIVE REMEDIES, BUT STAFF HERE PRETEND NOT TO KNOW WHAT IT IS, IF YOU CAN DENY RELIEF BASED ON THIS MEMORANDUM, THEN I HAVE A RIGHT TO SEE IT. THANK YOU.

9/7/06
DATE                                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
Administrative Remedy Se[ction]

_____
DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 416624-A1

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____
DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER                                    BP-231(13)
                                                                           JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 2, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F06-204L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 416624-A1
DATE RECEIVED   : SEPTEMBER 22, 2006
RESPONSE DUE    : NOVEMBER 21, 2006
SUBJECT 1       : OTHER INSTITUTION PROGRAMS
SUBJECT 2       :
INCIDENT RPT NO:

**Administrative Remedy No. 416624-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal in which you request placement in the Step-Down Unit.

Contact with institution staff indicates you were placed in the Step-Down Unit on August 9, 2006 and removed on August 14, 2006. You are not eligible for placement in the Step-Down Program until August 2007, pending clear conduct.  If you have additional questions pertaining to the Step-Down Unit, we encourage you to contact your Unit Team.  This response is provided for informational purposes only.


November 21, 2006
_____
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I REQUEST COMPENSATION FOR MY PROPERTY AND IMMEDIATE TRANSFER TO AN INSTITUTION COMMENSURATE WITH MY CUSTODY SCORE (20; MEDIUM) DESPITE THIS INCIDENT FOR TWO REASONS; (1) MY COMPLAINT WAS LEGITIMATE AND I HAD DONE EVERYTHING POSSIBLE FOR OVER 4 WEEKS TO RESOLVE IT EQUITABLY; AND (2) BECAUSE I WAS ALREADY PUNISHED SUFFICIENTLY AND THUS THERE SHOULD HAVE BEEN NO REPORT AT ALL: STAFF USED EXCESSIVE FORCE AGAINST ME, THEN TORTURED MY FOR 48 HOURS IN FOUR-POINT RE-STRAINTS, IN VIOLATION OF HOPE V. PELZER, 536 U.S. 730, AND THUS ADMINISTRATIVE ACTION IN MY FAVOR SHOULD BE TAKEN.

DATE 2/15/06    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 425074-A1

CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE

USP LVN    PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

EXTENSION OF TIME FOR RESPONSE -- ADMINISTRATIVE REMEDY


DATE: FEBRUARY 9, 2007


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP     UNT: F    QTR: Z08-201LDS


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 425074-A1
DATE RECEIVED  : DECEMBER 29, 2006
RESPONSE DUE   : FEBRUARY 27, 2007
SUBJECT 1      : UDC ACTION
SUBJECT 2      :
INCIDENT RPT NO: 1501283

**Administrative Remedy No. 425074-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you request monetary compensation for your property and an immediate transfer to an institution commensurate with your security level.  In addition, you claim excessive force was used on you.

Our review reveals the Warden and Regional Director adequately responded to the issues you raised in your appeal.  The Administrative Remedy Program does not provide for monetary relief.  Your request for monetary compensation should be pursued through the appropriate statutorily mandated procedure to resolve this issue.  You can obtain the proper forms from your unit team.

As indicated by the Regional Director, you refused to submit to restraints and confrontation avoidance was ineffective.  The UDC found you committed the prohibited act of Refusing To Obey An Order, Code 307.  We therefore concur with the responses provided.  Accordingly, your appeal is denied.

February 26, 2007
Date

Harrell Watts, Administrator
National Inmate Appeals

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS PETER    03629-36    F    ADMAX

　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A - REASON FOR APPEAL** MY ADMIN. REMEDY WAS TIMELY FILED AND IS APPROPRIATE FOR REDRESS. THE INFORMATION REQUESTED RELATES TO A PENDING TORT CLAIM AND SHOULD BE PROVIDED. JUST BECAUSE THE MONEY MUST BE REQUESTED VIA A TORT CLAIM DOES NOT MEAN THAT THE INFORMATION NEEDED FOR THE RESOLUTION OF THAT CLAIM CANNOT BE GOTTEN IN ADMINISTRATIVE REMEDIES. I ASKED FOR SIMPLE INFORMATION IN THE BP 8 & 9, AND IT SHOULD BE PROVIDED.

DATE 11/22/06

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

DEC 0 8 2006

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE _____

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____

　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

DATE _____      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 13, 2006

                                                              DEC 1 8 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: Z07-203LAD
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 430923-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : DECEMBER 8, 2006
SUBJECT 1      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS        : WE CONCUR WITH THE INSTITUTION'S RATIONALE FOR
                 REJECTING THIS APPEAL.

REFUSED TO ANSWER

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER 03029-036 F ADMAX

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** MY BP10 WAS NEITHER UNTIMELY NOR REPETITIVE. AS SOON AS I WAS TOLD I HAD TO SERVE AN EXTRA YEAR IN ISOLATION, I FILED. WHEREAS THIS UNIT IS NO LONGER "GENERAL POPULATION" BUT OPERATING AS A CONTROL UNIT, I CANNOT LAW 'LY BE KEPT HERE LONGER WITHOUT DUE PROCE SUANT TO 541.20(a), CFR, I MAY ONLY BE GIVEN 'LINARY PUNISHMENT "BY ORDER OF THE D.H.O FOLLOWING A HEARING," SINCE THIS IS NOW A LOCK DOWN UNIT, TIME HERE CAN ONLY BE EXTENDED TH'

_____   _____
DATE   SIGNATURE OF REQUESTER

**Part B - RESPONSE** 10/6/05

_____   _____
DATE   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 388242

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL   BP-:

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGAKAKOS, PETER    03029-036    F    ADMAX
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** IF YOU LOOK AT THE DATES ON MY FORMS, YOU WILL SEE THAT THEY WERE TIMELY; i.e., FILED WITHIN 20 DAYS OF CONDUCT. THE WARDEN AND REGIONAL DIRECTOR SIMPLY RUBBER-STAMPED THE REJECTIONS BECAUSE THE WANT TO AVOID RESPONDING TO THE FACT THAT I WAS GIVEN AN EXTRA YEAR IN ISOLATION WITHOUT EVER SEEING THE DHO, IN VIOLATION 28 CFR 541. 20(a). STOP PRETENDING AND RESPOND TO THESE SYSTEMIC ABUSES. I CANNOT RECEIVE ONE DAY OF DS TIME WITHOUT SEEING THE DHO, YET I RECEIVED A YEAR.

12/12/06
DATE                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

DEC 2 2 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN         PRINTED ON RECYCLED PAPER         BP-231(13)
                                       JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

RECEIVED

JAN 09 2007

ADX _____

DATE: DECEMBER 29, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F06-207L
      PO BOX 8500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 432199-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : DECEMBER 22, 2006
SUBJECT 1      : UDC ACTION
SUBJECT 2      :
INCIDENT RPT NO: 1501283

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

U.S. Department of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03079-036    Z    ADMAX
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL** THE PRESCRIPTION FROM A SPRINGFIELD PSYCHIATRIST SAID "TAKE AT BEDTIME." STAFF AT THE ADX, WHO ARE UNAUTHORIZED TO WRITE THE PRESCRIPTION, NEVERTHELESS VIOLATED FEDERAL LAW BY REVISING IT: THEY FORCED ME TO TAKE THE MEDICATION AT 5-7 PM, WHICH ELIMINATED ITS EFFECTS. IF THE BOP CAN VIOLATE POLICY BY KEEPING ME IN ISOLATION FOR 8 YEARS ON A 5 YEAR PUNISHMENT THEN IT CAN BEND A RULE REQUIRING ME TO TAKE A NON-BARBITUATE IN FRONT OF THE P.A.; THE BOP GAVE ME THIS DISORDER, AND IS NOW INTERFERING IN ATTEMPTS AT CURE.

DATE 9/9/04              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 341994·A1

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE

PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982

**Administrative Remedy No. 341994-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege the Bureau of Prisons is responsible for your depression and subsequent insomnia. You request to be exempt from the pill line administration requirement of the antidepressant medication, Trazodone.

Relevant portions of your medical and pharmacy records were reviewed. It is noted that you were last evaluated by a consultant psychiatrist on September 14, 2004. At that time, your medication was changed at your request. In addition to your new medication, you should consult with your local psychology department for techniques to help improve the quantity and quality of your sleep. Should you feel you again require Trazodone, you are encouraged to adjust your schedule accordingly, as stated in the Warden's response. The limitation of staff resources prevents the implementation of extra pill line administration times. Additionally, it may be advisable to discuss food intake strategies with your provider to possibly delay the onset of Trazodone's activity. The presence or absence of food has been found to alter the onset of Trazodone from 30 minutes to two hours.

Your record indicates that your condition is followed on a regular basis and your concerns have been addressed appropriately. Routine sick call procedures are available for you should your condition change unfavorably prior to your next scheduled psychiatric appointment.

Based upon the above information, your appeal is denied.

_October 29, 2004_
_____
Date

_Harrell Watts_
_____
Harrell Watts, Administrator
National Inmate Appeals

**U.S. Department of Justice**

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER N    03029-036    Z    ADMAX
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** YOU NEED TO DO MORE THAN <u>SAY</u> MY HOUSING STATUS IS APPROPRIATE TO MY SECURITY AND CONFINEMENT NEEDS, IN ORDER TO KEEPING ME HERE, SUFFERING FROM A BIOLOGICAL DEPRESSION, AND REQUIRING MEDICATION. I HAVE 15 POINTS ON MY CUSTODY SCORE — I AM NOT EVEN A "HIGH," NEVER MIND A "MAX", ON CUSTODY NEEDS, EXCEPT FOR THE DEATH AT LEWISBURG GIVING ME A VARIABLE. SINCE EVERYONE GOES TO THE CONTROL UNIT FOR A 100 INCIDENT REPORT, THIS OBVIOUSLY ISN'T THE REASON I CAN'T LEAVE LIKE EVERYONE ELSE. I REQUEST AN EXPLANATION OF WHY I AM BEING KEPT SICK AND MEDICATED, RATHER THAN RELEASED. I REQUEST A COPY OF THE SECRET MEMORANDUM JUSTIFYING THIS SPECIAL STATUS, SINCE THE REGIONAL OFFICE HAS NO SUCH DOCUMENT.

DATE 8/10/04      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

AUG 18 2004

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 340081-A

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
USP LVN      APRIL 1982

**Administrative Remedy No. 340081-A1**
**Part B - Response**

You contend you are unjustly isolated and state you must be
released from isolation in order to recover from biological
depression. You request a copy of the "secret memorandum"
justifying your placement in the Administrative Maximum
Penitentiary (ADX).

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns. You
are correctly scored as a maximum custody, high security inmate.
This classification is derived in compliance with Program
Statement 5100.07, <u>Security Designation and Custody
Classification Manual</u>. Additionally, you have demonstrated
complete disregard for Bureau of Prisons' rules of inmate
conduct by amassing a total of 39 incident reports which contain
findings that you committed 44 prohibited acts including killing,
possession of a dangerous weapon, threatening bodily harm,
disruptive conduct, assault, extortion and possession of
intoxicants. Your placement in the ADX is overwhelmingly
appropriate.

You have received regular and appropriate care for your medical
and mental health care needs. Mental health staff do not agree
with your contention that you must be transferred to another
institution. You are encouraged to continue to discuss your
health care needs and concerns with staff.

You have been provided all releasable documentation regarding
your confinement. If you feel other documents exists which have
not been released, you may request copies of such by writing to
the Freedom of Information/Privacy Act Office, Federal Bureau of
Prisons, 320 First St., N.W., Washington, D.C. 20534.

Your appeal is denied.

_October 14, 2004_
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER     03029-036     F     ADMAX
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** LONG BEFORE THE INCIDENT REPORTS ALLUDED TO BY THE REGION, IN APRIL 2003, I WAS PLACED IN SHU FOR A YEAR, IN VIOLATION OF POLICY; COINCIDENTALLY I LEFT FOR COURT THE END OF JUNE — BY POLICY, I SHOULD BE CREDITED FOR APRIL, MAY, JUNE, AND JULY, ALL OF WHICH WERE "GENERAL POPULATION" MONTHS I WAS WRONGFULLY LEFT IN SHU — NOT "AWAITING BED SPACE" THEN I RETURNED FROM WRIT IN FEB. 2004, AND WITH THE 30 DAY WRIT POLICY FOR BY BRIEF RETURN FOR SENTENCING, I WAS IN SHU FEB, MARCH, APRIL, MAY, ALL CLEAR CONDUCT, AND FOR WHICH I AM ENTITLED TO CREDIT TOWARD MY STEP-

_____     _____
DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE** DOWN PROGRAM. PURSUANT TO POLICY, I SHOULD BE CREDITED WITH 8 MONTHS OF ADMINISTRATIVE SEGREGATION, DURING WHICH I WAS ON "GENERAL POPULATION" AND "AWAITING BEDSPACE" STATUS. THANK YOU.

RECEIVED

JUN 2 2005

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 371384-A1

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
DATE                               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN          PRINTED ON RECYCLED PAPER          BP-231(13)
                                                     JUNE 2002

Administrative Remedy No. 371384-A1
Part B - Response


This is in response to your Central Office Administrative Remedy
in which you request to be credited with eight months toward the
Step-Down Program for the time you were in Administrative
Detention status upon your return from a writ.  Specifically, you
claim you were on general population status awaiting bed space.

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns.  The
responses to your Request for Administrative Remedy and Regional
Administrative Remedy Appeal contained comprehensive responses to
the issues you raised therein.  As indicated in your responses,
your placement in the Special Housing Unit awaiting bed space in
the general population was within the scope of policy.  As noted
in your response from the Warden, upon your return from writ you
continued to have no program participation and also received
several incident reports.

You have maintained clear conduct since September 2004, and are
currently participating in recommended programs.  Your Unit Team
will be reviewing your case for the Step-Down Program in the near
future.  We concur with those responses and see no reason to
respond further.

Your appeal is denied.


_____         _____
          Date                         Harrell Watts, Administrator
                                        National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    Z    ADMAX
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

I DID NOT REQUEST A "CHANGE OF HOUSING", I REQUESTED THAT THE RECENT DEATH OF AT LEAST ONE PRISONER CAUSE YOU TO RECONSIDER YOUR WANTON DISREGARD FOR THE POLICY AND LAW AGAINST KEEPING PEOPLE SUFFERING FROM CLINICAL DEPRESSION IN ISOLATION WHEN IT IS A CAUSE OF THE PATHOLOGY. YOU HAVE COMMITTED FRAUD BY LABELING ISOLATION "GENERAL POPULATION", AND NOW THAT THIS FRAUD HAS CAUSED ANOTHER SUICIDE, YOU SHOULD CEASE, AND RECONSIDER YOUR WRECKLESS DISREGARD

    DATE 8/17/06        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
AUG 29 2006
Administrative Remedy Section

    DATE        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 415438

**Part C - RECEIPT**

    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

    DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
    JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: OCTOBER 13, 2006


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F06-204L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 415438-A1
DATE RECEIVED  : AUGUST 29, 2006
RESPONSE DUE   : OCTOBER 28, 2006
SUBJECT 1      : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2      :
INCIDENT RPT NO:

**Administrative Remedy Number 415438-A1**
**Part B - Response**

You contend the housing unit to which you are assigned is, in essence, an isolation unit.

Our review of this matter reveals both the Warden and Regional Director have adequately addressed your concerns.  The unit to which you are assigned is designated and functions as a general population unit.  The inmates confined therein engender similar security requirements, but retain the privileges associated with being housed in the general inmate population.  Each inmate has at their disposal medical, educational, religious, psychiatric and psychological services to the extent they are willing to engage such.  Staff from all departments make frequent rounds through the unit for discussions with the inmates therein.

This response is for informational purposes only.

October 26, 2006
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice    Case 1:06-cv-01022-JR    Document 40-2    Filed 03/28/2007    Page 44 of 90    Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

AGAIN, EVERY ONE HAS IGNORED THE ISSUE: IT IS A VIOLATION OF BOP POLICY AND FEDERAL LAW TO CAUSE A DEPRESSION AND THEN MEDICATE IT RATHER THAN ALLEVIATE IT. I DON'T HAVE A PSYCHOLOGICAL DEPRESSION; IT IS A BIOLOGICAL DEPRESSION, FOR WHICH I AM TAKING 2 ANTIDEPRESSANTS, AND SO NO AMOUNT OF "COUNSELING" CAN HELP. YOU ARE NOT ALLOWED TO MEDICATE DEPRESSION IN ISOLATION AT ALL, AND YOU KNOW IT. YOU ARE CREATING THE SICKNESS, SO CURE IT, DON'T MEDICATE ME FOR IT.

2/23/07
DATE        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
FEB 7 2005
Administrative Remedy Section

_____        _____
DATE                  GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 397254-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        _____
DATE                  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER                BP-231(13)
                                                        JUNE 2002

Administrative Remedy No. 397254-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal in which you claim psychology staff are treating your
depression with medication, but are not making attempts to
alleviate its cause.  Specifically, you claim your depression is
not psychological, but induced by the environment.  You claim it
is illegal to medicate depression for inmates housed in special
housing.  You make no specific request.

Our records show you were assigned to Administrative Detention in
the Special Housing Unit (SHU) upon your return from the writ of
habeas corpus.  Prior to that you were in a general population
unit.  This assignment is not the control unit, but because of
its location movement is significantly restricted compared to
general population.

We found Psychology staff continuing to address and monitor your
needs, and discussed with you on numerous occasions, the primary
concerns outlined in your appeal.  Your confinement in SHU is not
necessarily the cause of your depression, but may be an
influencing factor.  Contrary to your assertions, medication is
not prescribed because of your current housing assignment, but
because Psychology staff deem it is necessary to help you deal
with the underlying cause of your depression.  You also state it
is illegal to administer medication to inmates confined in SHU.
We find no merit to this statement.  Psychology services staff
remain available to assist you with your concerns, and we
encourage you to continue to cooperate and maintain an open
dialogue with them, as they are well-trained and qualified, and
better-positioned to assist you.

We therefore concur with the responses provided.  As the Warden
suggested, should you feel the need to confer with psychology
staff, we encourage you to immediately contact staff.

Because you made no specific request, this response is for
informational purposes only.

March 20, 2006
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029086    F    ADMAX
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL** AS ALWAYS, MY POINT WAS IGNORED: NOW THAT THE ADX IS USING CAGES FOR RECREATION, IT CAN NO LONGER TELL THE LIE THAT E, F, + G UNITS ARE "GENERAL POPULATION." THESE ARE ISOLATION UNIT OPERATING EXACTLY AS DOES THE CONTROL UNIT. INFAC, F IS MUCH WORSE THAN THE CONTROL UNIT — WE HAVE BEEN DENIED OUTSIDE RECREATION FOR A YEAR, AND INSIDE RECREATION FOR MONTHS. THUS, IT IS A VIOLATION OF BOP POLICY, AND THE CFR TO KEEP PERSONS SUFFERING FROM BIOLOGICAL DEPRESSION IN THESE UNITS. ISOLATION CAUSES DEPRESSION.

DATE　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE** 4/5/06

RECEIVED

Administrative Remedy Section

---

DATE

**ORIGINAL: RETURN TO INMATE**

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

DATE　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN　　　　PRINTED ON RECYCLED PAPER　　　　BP-231(13)
　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 11, 2006

MAY 1 5 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS  03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-102L
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 402994-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 9, 2006
SUBJECT 1       : OTHER MENTAL HEALTH MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REMARKS         : YOU NEED STAFF VERIFICATION ON BOP LETTERHEAD
                  DOCUMENTING THAT THE UNTIMELY FILING OF THIS
                  APPEAL WAS NOT YOUR FAULT.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I SPECIFICALLY STATED TO THE BUREAUCRAT IN THE REGION THAT I WAS NOT CLAIMING TO RECEIVE IMPROPER TREATMENT FROM PSYCHOLOGICAL SERVICES. IT IS YOU WHO ARE SUBJECTING ME TO PSYCHOLOGICAL MALPRACTICE. I AM SUFFERING FROM A BIOLOGICAL DEPRESSION DUE TO 9 YEARS IN ISOLATION, AND ALTHOUGH BOP POLICY SPECIFICALLY PRECLUDES KEEPING PEOPLE SUFFERING FROM BIOLOGICAL DEPRESSIONS IN ISOLATION, I AM IN TOTAL ISOLATION, UNDER CONDITIONS WORSE THAN THE CONTROL UNIT — WE HAVE BEEN DENIED OUTSIDE RECREATION SINCE MARCH.

DATE 11/26/05    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 391530.A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**Administrative Remedy No. 391530-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal in which you claim psychology staff are committing
malpractice for permitting your placement in isolation.  You make
no specific request in your appeal.

Institution Supplement FLM 5321.06E(1), <u>General Population and
Step-Down Unit Operations</u>, identified the housing unit to which
you are assigned as a general population unit, as opposed to a
control unit.  There are significant security protocols for
controlling inmate movement in place.  Yet, the unit has
available multiple and single occupancy exercise areas, and out-
of-cell exercising occurs.  Typically, and because you are
currently assigned to the first range, you are afforded 10 hours
out-of-cell exercise per week.  Each unit also contains a basic
law library, has on-site barbering, and offers a variety of
programming, of which you are expected to participate, including
Drug Abuse, Education, Recreation, Religious, and unit/facility
information programming, available via closed circuit
television/radio located in each cell.

Assigned to this unit, you are expected to complete at least a
minimum of 12 months clear conduct while housed in the ADX
general population units before being considered for placement in
the step-down unit program.  You are required to actively
participate in and complete all programs recommended by the unit
team to be considered for placement in the Intermediate unit.
Various factors are considered when you will be considered to the
step-down program, including positive overall institution
adjustment, personal hygiene, and cell sanitation, and
appropriate interaction with staff.

We therefore concur with the responses provided.  As the Warden
suggested, should you feel the need to confer with psychology
staff, we encourage you to immediately contact staff.

Because you did not make a specific request, this response is for
informational purposes only.

January 31, 2006
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
_____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** AS ALWAYS, THE REGION PRETENDED NOT TO
UNDERSTAND MY COMPLAINT. YOU KEEP ME IN ISOLATION FOR 24
HOURS PER DAY BUT FALSELY CALL IT "GENERAL POPULATION," AS
FOR THE 1-2 HOURS PER DAY THAT I CAN GO INTO A DOG KENNE
NEXT TO ANOTHER PERSON, FOR NO REASON WHATSOEVER STAFF
WILL NOT LET ME GO IN THE CAGE NEXT TO SOMEONE I
CAN TALK TO. ALL THE CAGES ARE SINGLE AND IDENTICAL
SO WHY MUST I GO INTO A CAGE NEXT TO SOME P.C.
JERK —— DAY AFTER DAY AFTER DAY —— WHERE INSTEAD
OF AN HOUR OF CONVERSATION I GET SCREAMING AND THREATS
YOU PEOPLE PUT ALL THESE P.C. CASES AMONGST US PEOPLE
YOU KNOW THIS IS NOT "GENERAL POPULATION"

_____    _____
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE** 10/27/06

**RECEIVED**

NOV 0 9 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____    GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 422766-A1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE                                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
                                        JUNE 2002

EXTENSION OF TIME·FOR RESPONSE - ADMINISTRATIVE REMEDY

.

DATE: DECEMBER 22, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: Z07-203LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 422766-A1
DATE RECEIVED  : NOVEMBER 9, 2006
RESPONSE DUE   : JANUARY 8, 2007
SUBJECT 1      : RECREATION, LEISURE ACTIVITIES
SUBJECT 2      :
INCIDENT RPT NO:

**Administrative Remedy No. 422766-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
in which you request to be able to choose which recreation cage
you are placed in.

Our review reveals the Warden and Regional Director adequately
responded to the issues you raised in your appeal.  As noted by
the Regional Director, the Bureau of Prisons has an obligation to
ensure the safety of staff and inmates.  Consequently, staff will
continue to exercise sound correctional judgement in determining
which recreation cage you are placed in.  We therefore
concur with the responses provided.  Accordingly, your appeal is
denied.


_January 8, 2007_
_____
       Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** THIS IS NOT EXACTLY LIKE A CONTROL UNIT. IT IS MUCH WORSE: (1) WE HAVE BEEN DENIED OUTSIDE RECREATION FOR A YEAR — THE CONTROL UNIT GETS IT EVERY DAY; (2) CONTROL UNIT PEOPLE CAN ONLY HAVE THEIR TIME INCREASED BY 60 DAYS — WE GET A YEAR FOR THE MOST TRIVIAL MATTER; (3) THIS PLACE IS FULL OF IDIOTS WHO BANK ALL DAY AND NIGHT — THE CONTROL UNIT IS SILENT. IT IS A FELONY FOR YOU TO KEEP CALLING THIS TOTAL ISOLATION UNIT "GENERAL POPULATION." SO I EXPECT YOU TO BE MAN ENOUGH TO ACCEPT THE CONSEQUENCES OF YOUR DISHONESTY AND COWARDICE WHEN THEY COME.

DATE 2/23/06        SIGNATURE OF REQUESTER _____

**Part B - RESPONSE**

---

DATE _____

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 399076 A1

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE _____        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                JUNE 2002

**Administrative Remedy No. 399076-A1**
**Part B - Response**

You contend your conditions of confinement constitute a violation
of your Constitutional rights.

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns.  The
conditions under which you are confined are consistent with
Bureau of Prisons' policy.  At the time of the filing of this
appeal, you were appropriately classified and designated to your
current prison.  It is noted, however, your life sentence was
recently reduced to 360-months.  You will be reclassified in the
near future.  Should you be dissatisfied with the result of the
reclassification, you may grieve such via the Administrative
Remedy Program at the institution level.

Inasmuch as you request no specific relief in this Appeal, this
response is for informational purposes only.

_April 5, 2006_
Date

_Harrell Watts_
Harrell Watts, Administrator
National Inmate Appeals

APR 1 1 2006

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER     03529-036     F     ADMAX

LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** THE SUPREME COURT LONG AGO RULED THAT
PEOPLE IN ISOLATION ARE ENTITLED TO 7 HOURS OF
RECREATION PER WEEK — AN AVERAGE OF ONE
HOUR PER DAY — AND THAT HALF OF IT SHOULD
BE OUTSIDE. WE RECEIVE NO MORE THAN 5 HOURS
AND USUALLY ONLY 1 HOUR OF IT IS OUTSIDE. THE
RECREATION YARD IS FINISHED IN THIS UNIT, AND
STILL WE DO NOT RECEIVE THE BASICS. THIS IS
THUS A PERMANENT VIOLATION. YOU FRAUDULENTLY CALL
THIS "GENERAL POPULATION" WHEN IT DOESN'T EVEN PASS
8th AMENDMENT MUSTER AS A CON

DATE     SIGNATURE OF REQUESTER

**Part B - RESPONSE** 5/31/06

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 408 843-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**Administrative Remedy No. 408843-A1**
**Part B - Response**

You contend inadequate recreation periods are provided.

Our review of this matter reveals both the Warden and Regional
Director have adequately addressed your concerns.  Regular
recreation periods are provided except when compelling safety and
security concerns preclude such.  During periods of construction
and staff shortages, recreation periods have been limited.  Our
review of unit recreation logs reveals you are currently
receiving regular recreation periods.

This response is for informational purposes.

_July 6, 2006_
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice                                Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKUS, PETER  03029-736     F       ADMAX
_____LAST NAME, FIRST, MIDDLE INITIAL_____REG. NO._____UNIT_____INSTITUTION

**Part A - REASON FOR APPEAL** ISOLATION IS ISOLATION. THIS UNIT IS PERMANEN
LOCKED DOWN. THE ONLY DIFFERENCE BETWEEN B AND F UNIT
WAS GROUP RECREATION. THIS HAS BEEN GONE FOR
OVER A YEAR. THIS UNIT IS WORSE THAN A CONTROL
UNIT: WE HAVE BEEN DENIED OUTSIDE REC. FOR A
YEAR: WE GET INSIDE REC FOR JUST 1 HOUR PER
WEEK: WE GET A YEAR ADDED TO OUR TIME BY AN
WHIM OF STAFF. ALL OF THE CONDITIONS, EQUAL TO OR
WORSE THAN THE CONTROL UNIT, REQUIRE DUE PROCE
NO TIME MAY BE ADDED WITHOUT A HEARING BEFOR
THE D.H.O.
_____DATE__ 4/4/06 _____SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY - 9 2006
Administrative Remedy Section

---

_____DATE_____                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
_____LAST NAME, FIRST, MIDDLE INITIAL_____REG. NO._____UNIT_____INSTITUTION

SUBJECT: _____

_____DATE_____          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN          ♲ PRINTED ON RECYCLED PAPER                    BP-231(13)
                                                                JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 11, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

MAY 1 5 2006

TO  : PETER N GEORGACARAKOS  03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-102L
      PO BOX 8500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 402323-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 9, 2006
SUBJECT 1       : OTHER INSTITUTION PROGRAMS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REMARKS         : YOU NEED STAFF VERIFICATION ON BOP LETTERHEAD
                  DOCUMENTING THAT THE UNTIMELY FILING OF THIS
                  APPEAL WAS NOT YOUR FAULT.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036         ADMAX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**  I HAVE MAINTAINED CLEAR CONDUCT FOR OVER A YEAR AND THIS IS JUST ANOTHER IN A LONG LINE OF SPECIAL ACTS TAKEN AGAINST ME. HIGH SEC URITY IS 18, NOT 15, POINTS; I HAVE 16. I AM A MEDIUM SECURITY PRISONER IN 3 LEVELS HIGHER STATUS. MANY OF THE MOST VIOLENT PRISONERS IN BOP HISTORY HAVE LEFT THE ADX WITH 20-30 POINTS BUT I AM KEPT HERE DUE TO RELIGIOUS REASONS, NO MEMO WAS EVER GIVEN TO ME, NOR WAS I TOLD ABOUT A DENIAL, STAFF LIED, AGAIN! AND SAID I WAS GOING TO THE STEPDOWN PROGRAM.

DATE  8/11/06                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
DATE                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 416169

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
SUBJECT: _____  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

_____
DATE                 ☮    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: OCTOBER 2, 2006



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: Z01-107LAD



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 416169-A1
DATE RECEIVED   : AUGUST 22, 2006
RESPONSE DUE    : OCTOBER 21, 2006
SUBJECT 1       : CLASSIFICATION/PROGRAM REVIEWS
SUBJECT 2       :
INCIDENT RPT NO:

Administrative Remedy Number 416169-A1
Part B - Response

You contend you are a medium security inmate who has maintained
clear conduct for over a year.  You question why you remain in
the current prison.

Our review of this matter reveals both the Warden and Regional
Director have adequately addressed your concerns.  You are
classified as a High security inmate with Maximum custody.  Your
security designation is based upon the fact that your current
offense is one of Greatest Severity; that you have a serious
prior commitment; and that you have a history of serious
violence.  Your base score is +16.

Your custody classification is Maximum, and is negatively
impacted by the fact that you have received incident reports
with significant frequency (your record indicates there are 41
incident reports for which there were guilty findings over the
past 13 years), including one greatest severity incident report
within the past 10 years (November 7, 1996).  This, combined with
your history of drug/alcohol abuse, results in a custody score of
+21 and, therefore, classification as a Maximum custody inmate.
Although correct on the date you stated you had maintained clear
conduct for over a year, three days after you made such statement
you received another incident report.

Given the base score of +16, and the custody score of +21, you
have a variance of 0 (zero).  This means your base score is
neither negatively or positively impacted by the custody score,
and your security designation level is High.

Your designation as a High security inmate with Maximum custody
is consistent with the requirements of Program Statement 5100.07,
Security Designation & Custody Classification Manual.  You are
scheduled for a program review March 2007.  At that time, your
security and custody scores may change due to the passing of the
ten-year mark from the last greatest severity incident report and
the implementation of Program Statement 5100.08, Security
Designation & Custody Classification Manual.

Your appeal is denied.

October 26, 2006
_____
Date

Harrell Watts, Administrator
National Inmate Appeals

REFUSED TO ANSWER!

U.S. Department of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARALIS, PETER      03029-036      F      ADMAX
　　　　LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**   THE WARDEN + REGION REFUSED TO ANSWER MY TIMELY REQUEST.  I WAS WRONGLY PLACED IN SHU FROM APRIL 2003 TO JUNE 2004, AND WANT CREDIT FOR THIS TIME NOW.  I HAVE TRIED TO GET CREDIT ALL THIS TIME, AND MY ISSUE IS NOT "UNTIMELY" SOLONG AS YOU DENY ME IT.  I AM ENTITLED — AT ANY TIME — TO RECEIVE CREDIT FOR ADMINISTRATIVE SEGREGATION TIME TOWARD MY PROGRAM.  GRANT THIS CREDIT NOW, PLEASE.

DATE 3/23/06                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

APR

Administrative Remedy Section

_____   DATE                    _____
ORIGINAL: RETURN TO INMATE                 GENERAL COUNSEL

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____   DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN             ♲ PRINTED ON RECYCLED PAPER                    BP-231(13)
                                                                    JUNE 2002

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: APRIL 6, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-102L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 401600-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : APRIL 3, 2006
SUBJECT 1       : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: SEE REMARKS.

REMARKS         : CONCUR WITH REGION'S RATIONALE FOR REJECTING
                  THIS APPEAL.

REFUSED TO ANSWER!

U.S. Department of Justice                          Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER   03029-036   F   ADMAX
         LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.           UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** YOU ARE COMMITTING FRAUD BY REPEATEDLY CALLING THESE UNITS "GENERAL POPULATION." YOU KNOW DAMN WELL THAT THEY WERE TURNED INTO CONTROL UNITS LAST MARCH, AND WILL REMAIN CONTROL UNITS HEREAFTER. I LIVED IN THE CONTROL UNIT FOR 6 YEARS — I LIE TO ME ABOUT THESE CONDITIONS. MY CONDITIONS ARE IN EVERY WAY NOW IDENTICAL TO THOSE IN B UNIT — ACTUALLY, WORSE. REGARDLESS OF YOUR FRAUDULENT NAMES, I AM BEING KEPT IN A CONTROL UNIT WITH Ø DUE PROCESS, I REQUEST IMMEDIATE AND APPROPRIATE CUSTODY HEARING WITHIN GUIDELINES ESTABLISHED IN THE CU

_____          SIGNATURE OF REQUESTER
DATE

**Part B - RESPONSE**   11/1/05

_____
DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE
                                          CASE NUMBER: 387120

**Part C - RECEIPT**
                                          CASE NUMBER: _____

Return to: _____
                 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

USP LVN              ✪ PRINTED ON RECYCLED PAPER                              BP-231(13)
                                                                             JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 8, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

NOV 1 5 2005

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-108L
      PO BOX 8500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 387170-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED   : NOVEMBER 8, 2005
SUBJECT 1       : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : DO NOT WRITE IN THE "PART B-RESPONSE" SECTION OF THE
                  BP11 FORM.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments, must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03026-136    F    ADMAX
       LAST NAME, FIRST, MIDDLE INITIAL    REG.NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** THE ISSUE HERE IS BEING REPEATEDLY IGNORED. WITH THE ELIMINATION OF GROUP RECREATION, IT IS SIMPLY FRAUD TO CONTINUE TO CALL IT "GENERAL POPULATION." IT WAS DISHONEST BEFORE, WITH GROUP RECREATION' NOW IT IS SIMPLY A VIOLATION OF 18 USC 100, THIS IS NOW OPERATING AS A CONTROL UNIT — I KNOW I WAS IN B UNIT FOR 6 YEARS' THIS IS NOW IDENTICAL WHEREAS THESE UNITS ARE NOW OPERATING AS DE FACTO CONTROL UNITS, YOU MUST FOLLOW THE CFR AND QUALIFY OUR DESIGNATION TO SUCH. I WAS NEVER

_____
DATE                 SIGNATURE OF REQUESTER

**Part B - RESPONSE** APPROVED FOR ANY PLACEMENT, AFTER SUCCESSFULLY COMPLETING MY PROGRAM AND BEING DISCHARGED, BUT "GENERAL POPULATION." WHEREAS THIS IS NO LONGER GENERAL POPULATION, YOU MUST, BY LAW, EITHER TRANSFER ME TO A GENERAL POPULATION, OR SUBMIT ME FOR PROPER DESIGNATION TO A CONTROL UNIT.

9/7/05

RECEIVED
JUL 15 20

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 383 361

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

USP LVN

PRINTED ON RECYCLED PAPER

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: GEORGACARAKOS PETER    03029-036    F    ADMAX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** THIS IS NOW A CONTROL UNIT, NOT "GENERAL POPULATION" AND SO YOU MUST COMPLY WITH THE CFR LAWS GOVERNING CONTROL UNIT DESIGNATION, MAINTENANCE, AND RELEASE, WE STAY IN OUR CELLS 23 HOURS PER DAY, TOTALLY ISOLATED, AND GET ONE HOUR OF RECREATION AGAIN ISOLATED. THESE ARE CONTROL UNIT CONDITIONS, AND I HAVE NOT RECEIVED DUE PROCESS FOR THEM.

9/28/05
DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

**ORIGINAL: RETURN TO INMATE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 383361 A2

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

USP LVN    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
APRIL 1982

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 22, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-108L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 383361-A2
DATE RECEIVED  : OCTOBER 12, 2005
RESPONSE DUE   : DECEMBER 11, 2005
SUBJECT 1      : OTHER INSTITUTION PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

Administrative Remedy No. 383361-A2
Part B - Response


You contend the conditions of your housing unit render it
essentially a control unit.  You request transfer to the general
population of your current or another U.S. Penitentiary.

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns.   The
step down program unit is operated in a manner consistent with
Institution Supplement 5321.06F(1), <u>General Population and Step
Down Unit Operations</u>.  A period of clear conduct is required
before you may progress to the Step Down Unit program.  Your
receipt of an incident report on July 5, 2005, causes the clear
conduct period to begin again.

The Step Down Program is a viable and meaningful program which
assists inmate progress toward ultimate reintegration into the
mainstream general population.  This is not a control unit.

Your appeal is denied.

December 9, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**  THIS IS A LITTLE LATE BECAUSE IT WAS FORWARDED TO OKLAHOMA CITY WHEN I WENT ON WRIT (7/5 - 7/21) AND WAS ONLY YESTERDAY RETURNED. ONCE AGAIN, MY REQUEST WAS IGNORED: I DID NOT REQUEST GROUP REC — GROUP REC IS GONE AND THEY ARE NOW BUILDING NICE DOG-KENNEL CAGES FOR US. WHAT I DID REQUEST IS SIMPLE: THE ONLY REASON THIS UNIT COULD BE MARGINALLY CALLED "GENERAL POPULATION" WAS BECAUSE OF GROUP REC.; NOW THAT GROUP REC. IS PERMANENTLY ELIMINATED, THIS UNIT IS INDISTINGUISHABLE FROM THE CONTROL UNIT, AND THUS IT LEGALLY IS A CONTROL

_____    _____
DATE    SIGNATURE OF REQUESTOR

**Part B—RESPONSE**  UNIT. THEREFORE I REQUEST APPROPRIATE DESIGNATIO. PURSUANT TO CFR 541.42(a) — .45, OR RE-DESIGNATION IN CONFORMANCE WITH LAW.

9/21/05

OCT - 7 2005

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 377 213

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-DIR-11
April 1982

REJECTION NOTICE / ADMINISTRATIVE REMEDY

DATE: OCTOBER 7, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP      UNT: F    QTR: F05-108L
      PO BOX 8500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 377713-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : OCTOBER 7, 2005
SUBJECT 1        : RECREATION, LEISURE ACTIVITIES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJECT REASON 2: SEE REMARKS.

REMARKS          : YOUR APPEAL WAS DUE ON 07-27-05. YOU WILL NEED STAFF
                   VERIFICATION ON BOP LETTERHEAD TO DOCUMENT THAT YOUR
                   UNTIMELINESS WAS NOT YOUR FAULT. (PM 09-26-05)

               Also, you may not write in the "Part B - Response"
               of the BP11 form.

**U.S. Department of Justice**
Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGARAKIS, PETER        03029-036        F        ADMAX
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** THERE IS NO POINT "REFERRING" THIS
MATTER BACK TO THE WARDEN, BECAUSE THE ISSUE IS
SYSTEMIC AND THE ABUSE ENDEMIC. ALLOWING STAFF
TO REJECT MATERIAL AS MATERIAL IS THE PROBLEM,
IT CIRCUMVENTS THE COURTS REQUIREMENT OF A
BALANCE BETWEEN FREE EXPRESSION AND SECURITY
ALL UNBOUND INTELLECTUAL MATERIAL POSES NO
FORMAL SECURITY ISSUE, AND SO CAN ONLY BE REJEC
CONSTITUTIONALLY BASED ON CONTENT. IT IS THE NEW
RULE ALLOWING PUBLICATIONS TO BE REJECTED AS PUBLI
CATIONS THAT MAKES THIS ABUSE COMMON.

    DATE 6/29/06                SIGNATURE OR REQUESTER

**Part B - RESPONSE**

REFUSED TO ANSWER

RECEIVED
JUL _ _ _ _
_ _ _ _ _ _
Federal _ _ _ _ _

_____        GENERAL COUNSEL
    DATE                CASE NUMBER: 410086

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

                                 CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____
    DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 2, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

AUG 09 2006

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-103L
      PO BOX 8500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 410086-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 31, 2006
SUBJECT 1      : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REMARKS        : YOU NEED STAFF VERIFICATION ON BOP LETTERHEAD
                 DOCUMENTING THAT THE UNTIMELY FILING OF THIS
                 APPEAL WAS NOT YOUR FAULT.

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    AD/MAX
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** IT IS THE "BIG PICTURE" THAT COUNTS HERE: 12 YEARS, BUT THIS IS CALLED "GENERAL POPULATION." THEY SELL TYPEWRITERS WITH NO WEAPONABLE PARTS BUT YOU WILL NOT CONSIDER THEM. I CANNOT WORK TO EARN MONEY BUT I AM EXPECTED TO PAY A TYPIST. THE TYPIST WILL NOT ACCEPT MSS IN PENCIL, YET YOU SELL ME EXPENSIVE AND DEFECTIVE PENS AND TELL ME TO WRITE IN PENCIL IF I DON'T LIKE THEM. THEN WHEN I FINALLY GET SOMETHING DONE DESPITE THIS OBSTRUCTIONISM, THE MAIL ROOM REJECTS IT AS A "PUBLICATION." YEAR AFTER YEAR AFTER YEAR.

_____    _____
DATE 6/29/06    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

REFUSED TO ANSWER

RECEIVED
JUL 3 1 2006
Administrative ...
Federal ...

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

_____    _____
    GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 2, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE                                         AUG 09 2006

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP      UNT: F    QTR: F05-103L
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 411469-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 31, 2006
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REMARKS         : YOU NEED STAFF VERIFICATION ON BOP LETTERHEAD
                  DOCUMENTING THAT THE UNTIMELY FILING OF THIS
                  APPEAL WAS NOT YOUR FAULT.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS PETER  03029186   F   ADMX
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

I APPRECIATE THE RECONSIDERATION ON INTERNET ARTICLES, AND REQUEST THE SAME FOR SOFTCOVER BOOKS, FOR SEVERAL REASONS: (1) EVERY PRISON ALREADY PURCHASED MILLIONS OF DOLLARS OF AIRPORT-QUALITY X-RAY EQUIPMENT, AND DID SO FOR BOOKS — TENS OF MILLIONS OF EQUIPMENTS NOW UNUSED; (2) THE BOP HAS BEEN SUED SEVERAL TIMES OVER SOFTCOVER BOOKS AND EACH TIME HAS SETTLED, ALLOWING THEM; (3) IN THE ADX, PRISONERS SPEND YEARS UNABLE TO WORK TO EARN MONEY, SO IT IS UNREASONABLE TO EXPECT US TO PURCHASE ALL BOOKS; SOME TOPICS, SUCH AS MY RELIGION, ARE THE MOST EXPENSIVE BOOKS

DATE 2/23/06       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED  Administrative Remedy Section

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 392619 A1

**Part C - RECEIPT**

CASE NUMBER:

Return to: ___ LAST NAME, FIRST, MIDDLE INITIAL ___ REG. NO. ___ UNIT ___ INSTITUTION

SUBJECT:

DATE       SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN       PRINTED ON RECYCLED PAPER       BP-231(13)
JUNE 2002

**Administrative Remedy No. 392619-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege being denied Internet articles violates your Constitutional rights. You request reconsideration for inmates to receive Internet articles.

Program Statement 5266.10, <u>Incoming Publications</u>, states that at medium security, high security, and administrative institutions, an inmate may receive softcover publications (for example, paperback books, newspaper clippings, magazines, and other similar items) only from the publisher, from a book club, or from a bookstore. The sender's address shall be clearly identified on the outside of the package.

As the information you complain about was not received from a sender clearly identified as a publisher, book club, or bookstore, it was not authorized. However, as noted by the Regional Director, the Bureau has since reconsidered its position on inmates receiving Internet material. Internet articles received in reasonable volume as incoming general correspondence at ADX Florence will be processed accordingly but, depending on the content, are still subject to rejection. We find no evidence that your Constitutional rights were violated with respect to this matter.

Based on the foregoing, this response is provided for informational purposes only.


_March 31, 2006_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

APR 10 2006

U.S. Dep.., .nt of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    F    ADMAX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** CHECK NO. 3001 2497 0616 WAS MAILED OUT OF HERE SO LONG AFTER I SUBMITTED MY FORM — 24 — THE FIRST WEEK OF NOVEMBER — THAT MY ORDERS WERE MIXED UP WITH OTHER ORDERS I HAD PLACED IN JANUARY, SO THAT I CANNOT PROVE TO THE COMPANY THAT THIS ORDER WAS NEVER FILLED BECAUSE STAFF TOOK 8 WEEKS TO CUT THIS CHECK I HAVE LOST $23.35 BECAUSE THE CHECK WAS CASHED AT OTHER) BILLS WERE MAILED IN THE INTERIM AND THE COMPANY FALSELY BELIEVES THAT THESE APPLIED TO THIS CHECK. IF THE CHECK HAD BEEN PROCESSED IN A TIMELY FASHION, IT WOULDN'T HAVE HAPPEN.

DATE _____    SIGNATURE OF REQUESTER

**Part B - RESPONSE** 5/31/06

DATE    ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: 403975-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JULY 20, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: F05-103L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 403975-A1
DATE RECEIVED   : JUNE 14, 2006
RESPONSE DUE    : AUGUST 13, 2006
SUBJECT 1       : COMMISSARY ACCOUNT - POSTING FUNDS, FORMS 21/24, ETC.
SUBJECT 2       :
INCIDENT RPT NO:

Administrative Remedy No. 403975-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you contend staff assigned to Financial Management do no process BP-199, *Inmate Financial Responsibility Withdrawal Request*, forms in a timely fashion.  Specifically, you contend the delays cause confusion and mixups for the companies receiving late checks as payment for prescriptions or book orders.  You make no specific request.

Our review of this matter reveals both the Warden and the Regional Director comprehensively addressed your concerns.  We therefore concur with their responses, finding no reason to expound on the matter any further.

Because you made no specific request, this response is for informational purposes only.

August 25, 2006
Date

Harrell Watts, Administrator
National Inmate Appeals

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER   03029-036   F   ADMAX

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**   YOU PEOPLE KEEP RUBBER-STAMPING LIES.

I PUT THE FORMS IN IN AUGUST, THEY WERE PARTLY PROC-
ESSED IN THE MIDDLE OF AUGUST, AND NOT COMPLETED
UNTIL THE END OF NOVEMBER. YOU CAN CHECK RIGHT NOW
AND SEE THAT A FORM I SUBMITTED IN THE LAST WEEK
OF NOVEMBER WAS PARTLY PROCESSED IN DECEMBER —
THAT IS, THE BOP TOOK MY MONEY — BUT IT FAILED TO
SEND A CHECK UNTIL LAST WEEK; 7 WEEKS AFTER
I SUBMITTED MY FORM-24. NOW HALF THE BOOKS I ORDER
ARE ALREADY SOLD OUT — IT HAPPENS EVERY TIME.

DATE 1/8/06                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED
FEB - 1 2006
Administrative Remedy Section

---

_____   DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 395132-A1

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____   DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN          PRINTED ON RECYCLED PAPER          BP-231(13)
                                                    JUNE 2002

**Administrative Remedy No. 395132-A1**
**Part B - Response**

You contend staff are intentionally delaying processing of funds
withdrawal form you provide in order to thwart your effort to
purchase books.

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns.
Program Statement 2000.02, <u>Accounting Management Manual</u>, does not
require that withdrawal forms be processed within any particular
time frame.  Staff process withdrawal forms submitted by you in
an expeditious and reasonable manner.  There is no evidence staff
are intentionally withholding these forms.

Inasmuch as you request no specific relief in this Appeal, this
response is for informational purposes only.

March 10, 2006
_____
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice
Case 1:06-cv-01022-JR    Document 40-2    Filed 03/28/2007    Page 83 of 90
**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029036    F    ADMAX
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

IF YOU ARE GOING TO INVENT PETTY EXCUSES TO REJECT INTELLECTUAL MATERIALS, IN THIS CASE A WHOLE MAGAZINE BECAUSE THE UNABOMBER WROTE A LETTER TO THE EDITOR, THEN I HAVE A CONSTITUTIONAL RIGHT TO HAVE SUCH TRIVIAL ITEMS REMOVED. STAFF HERE ROUTINELY REJECT WHOLE PUBLICATIONS JUST BECAUSE SOME PRISONER IN SOME OTHER PART OF THE COUNTRY WROTE A LETTER TO THE EDITOR. IF YOU ARE GOING TO PRETEND THAT WE USE WHOLLY INDEPENDANT MAGAZINS T "PASS MESSAGES" THEN ABIDE BY OUR FIRST AMENDMENT RIGHTS AND REMOVE THE MEANINGLESS MINUTIAE.

DATE 12/14/06                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE
ORIGINAL: RETURN TO INMATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                                   CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER                        BP-231(13)
                                                                JUNE 2002

GENERAL COUNSEL
CASE NUMBER: 428250-A1

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 9, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PETER N GEORGACARAKOS, 03029-036
      FLORENCE ADMAX USP    UNT: F    QTR: Z08-201LDS

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 428250-A1
DATE RECEIVED   : DECEMBER 29, 2006
RESPONSE DUE    : FEBRUARY 27, 2007
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

**Administrative Remedy No. 428250-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy in which you appeal the rejection of your publication entitled <u>A Journal of Desire Armed Anarchy</u>.  You request to receive the publication with the unauthorized pages removed.

Pursuant to Program Statement 5266.10, <u>Incoming Publications</u>, the Warden may reject a publication only if it is determined detrimental to the security, good order, or discipline of the institution or it might facilitate criminal activity.  The Warden rejected your incoming publication because it contained material that was determined to be detrimental to the security, good order, or discipline of ADX Florence.  Staff are not allowed to remove pages from publications.  The entire publication is either suitable for admission into the institution or the entire publication must be rejected.  We concur with the Warden's decision, find it appropriate and in accordance with policy.

Your appeal is denied.


_February 28, 2007_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS PETRO J    03029-036    F    ADMAX

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**  THE PROGRAMS AT THE ADX WERE DESIGNED FOR A 3-5 YEAR INCARCERATION. SINCE THE BOP HAS DECIDED TO DISREGARD POLICY, LAW, AND THE CONSTITUTION, AND KEEP ME HERE FOR A DECADE —— FOR NO REASON WHATSO-EVER, THEN I SHOULD BE GIVEN PROGRAMS SUFFICIENT FOR THIS MUCH ISOLATION. I HAVE BEEN SUFFERING FROM A BIOLOGICAL DEPRESSION FOR YEARS AND MUST TAKE MEDICINE NOT TO KILL MYSELF —— I NEED MEANINGFUL PROGRAMS ALLOWED AT ALL OTHER PENITENTIARIES, TO SURVIVE A DECADE OF ISOLATION. SINCE THIS IS CALLED "GENERAL POPU- LATION, STOP FAKING AND MAKE IT RESEMBLE SUCH.

3/18/05

DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL  364465A1

CASE NUMBER:

RECEIVED

CASE NUMBER:

MAR 18 2005

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

**Administrative Remedy No. 364465-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
in which you request meaningful programs be provided at ADX
Florence.

Our review reveals the Warden and Regional Director adequately
responded to the issues you raised in your appeal.  As noted in
your response from the Regional Director, the Education
Department at ADX Florence provides you with the opportunity to
improve your knowledge and academic skills with pertinent
programs and opportunities.   The Education Department offers a
variety of activities to help you learn and improve yourself
while incarcerated.  In addition, the Education Department offers
an Interlibrary Loan Program.  Due to security considerations,
the specific classes you request, are not offered at ADX
Florence.  We concur with the responses provided.  Accordingly,
your appeal is denied.

June 1, 2005
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: GEORGACARAKOS, PETER    03029-036    J    ADMAX

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** YOU PEOPLE ARE IGNORING THE CRUCIAL POINT. YOU HAVE TURNED E, F, & G UNITS INTO CONTROL UNITS, BUT YOU LIE AND CALL THEM "GENERAL POPULATION." TO MITIGATE THIS LIE, YOU SHOULD BE EXPANDING PROGRAM RATHER THEN LETTING LAZY STAFF REDUCE THEM. WE ARE SUPPOSED TO HAVE AN INTERLIBRARY LOAN PROGRAM BUT DO NOT BECAUSE STAFF IS LAZY, EVERY YEAR THEY SPEND THE ENTIRE BUDGET ON ENCYCLOPIAS BECAUSE THEY ARE TOO LAZY TO PICK ACTUAL BOOK TITLES; ALL THE MAGAZINES ARE JUNK.

_____8/11/06_____                    _____
DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Administrative Remedy Section

_____    _____
DATE                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 418432
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
DATE                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                BP-231(13)

**Administrative Remedy No. 418432-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you complain that the Leisure Library material is inadequate.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. As noted in your response from the Warden, the Education Department is providing leisure reading materials as mandated by policy. The Education Department is currently updating and placing new and desirable reading materials on the booklist. If you are interested in specific titles or categories of books, you may submit a request to the Education Department for consideration for placement in the booklist in the future. We therefore concur with the responses provided. Accordingly, your appeal is denied.

October 25, 2006
_____
Date

Harrell Watts, Administrator
National Inmate Appeals

# CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, HEREBY CERTIFY THAT I HAVE THIS DAY MADE DUE SERVICE OF THE PLAINTIFF'S RESPONSE TO RULE 12 MOTION, WITH APPENDIX, BY MAILING A CONFORMED COPY THERE-OF TO JOHN HENAULT, ESQUIRE, 555 4th ST., N.W., WASHINGTON, D.C. 20530, BY REGULAR COURSE OF THE U.S. MAIL, POSTAGE PREPAID.

DATE: 3/24/07