UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 06-1022 (JR) |
| v. ) | |
| ) | |
| HARRELL WATTS, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A
REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants, though undersigned counsel, respectfully request that this Court extend the time for them to file a reply in support of their motion to dismiss by two weeks, until April 26, 2007. Is support of this motion, defendants state the following:

Defendants' reply in support of their motion to dismiss is currently due on April 12, 2007. Although counsel for defendants anticipated completing the reply in time for filing on that date, counsel was assigned emergency duty, and was subsequently assigned an emergency matter before Chief Judge Hogan. That matter required more than two day of attention, ending late in the night on April 10. The emergency matter required counsel's complete attention and, while working on that matter, counsel was unable to complete the reply in support of the motion to dismiss. Moreover, because of other filings due at the beginning of next week, counsel will be unable to complete the reply without the requested extension. Accordingly, defendants request that this Court extend the time for them to file a reply in support of their motion to dismiss by two weeks, or until April 26, 2007

Because plaintiff is currently incarcerated, counsel is not able to represent to the Court plaintiff's position on this motion.

April 11, 2007                           Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2007, I caused the foregoing to be served on plaintiff via first class United States Mail:

PETER N. GEORGACARAKOS
# 03029-036
Florence ADMAX
US Penitentiary
PO Box 8500
Florence, CO 81226-8500

                                              /s/
                                      JOHN F. HENAULT
                                      Assistant United States Attorney