UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | No. 06-1022 (JR) |
| v.           ) | |
| ) | |
| HARRELL WATTS, et al.,           ) | |
| ) | |
| Defendants.           ) | |
| _____) | |

ORDER

UPON CONSIDERATION of Defendants' Motion for an Extension of Time to File a Reply in Support of their Motion to Dismiss, any oppositions and relies thereto, applicable law, and the record herein, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendants shall file their reply on or before April 26, 2007.

_____
James Robertson
United States District Judge

cc:    JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530

PETER N. GEORGACARAKOS
# 03029-036
Florence ADMAX
US Penitentiary
PO Box 8500
Florence, CO 81226-8500