# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

PETER GEORGACARKOS,         )

         )

     Plaintiff,         )

         )     Civil Action No. 06-1022 (JR)

     v.         )

         )

HARRELL WATTS, et al.,         )

         )

     Defendants.         )

_____)

## ORDER

In accordance with the accompanying Memorandum Opinion , it is

**ORDERED** that defendants' motion to dismiss [38] is **GRANTED**.  It is

**FURTHER ORDERED** that the case is **DISMISSED**.


JAMES ROBERTSON
United States District Court

1