UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS,<br><br>            Plaintiff,<br><br>         v.<br><br>HARRELL WATTS, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)  No. 06-1022 (JR)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Reconsideration. Upon consideration of all relevant pleadings, applicable law, and the record herein, it is this ___ day of _____, 2007, hereby

    ORDERED, that Plaintiff's Motion is hereby DENIED.

 

_____
James Robertson
United States District Judge