UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS,         ) | |
|                                 ) | |
| Plaintiff,                      ) | |
|                                 )  No. 06-1022 (JR) | |
| v.                              ) | |
|                                 ) | |
| HARRELL WATTS, et al.,          ) | |
|                                 ) | |
| Defendants.                     ) | |
| _____ ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Amend the Judgment. Upon consideration of all relevant pleadings, applicable law, and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED, that Plaintiff's Motion is hereby DENIED.

_____
James Robertson
United States District Judge