U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGA CARAILOS
V.
WATTS, et al.

NO. 06-1022 (JR)

## PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION

AS ALWAYS, AUSA HEAAULT HAS INTENTIONALLY MISREPRESENTED THE FACTS OF PLAINTIFF'S PLEADINGS.

THE DISMISSAL SHOULD BE RECONSIDERED BECAUSE THE COURT MISLED PLAINTIFF BY DENYING THE MOTION TO COMPELL SERVICE "WITHOUT PREJUDICE", WHEN IN FACT IT HAD NO INTENTION OF EVER GRANTING SUCH A MOTION.

AND THE COURT ERRONEOUSLY ALLEGED THAT PLAINTIFF DID NOT CLAIM WATTS HAD COMMITTED VIOLATIONS WITHIN THE DISTRICT OF COLUMBIA, WHEN IN FACT THIS WAS ASSERTED REPEATEDLY AND THE COURT IS IN POSSESSION OF OVER A HUNDRED PAGES OF DOCUMENTARY EVIDENCE OF SUCH, EACH ITEM BEARING WATTS SIGNATURE AND PREPARED IN D.C., OVER A DECADE.

THEREFORE, THE COURT'S DIS

MISSAL CLEARLY FAILED TO TAKE INTO ACCOUNT THE PLEADINGS AND SUBMISSIONS AND REPRESENTS MANIFEST INJUSTICE, AND THUS SHOULD BE RECONSIDERED. ALL THE <u>PRETENDING</u> IN THIS CASE REPRESENTS, QUITE LITERALLY, THE LATEST OVERT ACT IN A DECADE-LONG CONSPIRACY TO DEPRIVE PLAINTIFF OF CONSTITUTIONAL RIGHTS.

DATE: 6/27/07

RESPECTFULLY SUBMITTED,

_____
PETER GEORGACARAKOS

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO JOHN F. HENAULT, 555 4th ST., N.W., WASHINGTON, DC 20001, ON JUNE 27, 2007.

_____