U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
V.
WATTS, et al

NO. 06-1022(JR)

## PLAINTIFF'S RESPONSE TO DEFENDANTS OPPOSITION TO MOTION TO AMEND JUDGEMENT

AUSA HENAULT'S BAD FAITH SEEMS ENDLESS. PLAINTIFF CLEARLY INVOKED, ON PAGE 3 OF THE AMENDED COMPLAINT, BOTH THE A.P.A. AND THE F.T.C.A., AND THEREFORE MAY POINT OUT THE COURTS FAILURE TO TO TAKE THESE INTO CONSIDERATION.

AUSA HENAULT'S USE OF A CASE USING THE TERM "CHECKMATE" IS, TO SAY THE LEAST, "INTERESTING" SINCE HE HAS HAD HIS ASS HANDED TO HIM ON A SILVER PLATTER, OVER AND OVER, BY A PRISONER, AND "PREVAILED" ONLY WHEN THE COURT BECAME PARTISAN.

THE APA + FTCA CLAIMS MUST BE ADDRESSED.

RESPECTFULLY SUBMITTED,

DATE: 7/5/07

[signature]

## CERTIFICATE OF SERVICE

I, PETER GEORGACARAKOS, CERTIFY THAT I HAVE THIS DAY MAILED A COPY OF THE FOREGOING TO JOHN F. HENAULT, 555 4th ST., N.W., WASHINGTON, D.C. 20530.

7/5/07

_____
PETER N. GEORGACARAKOS