U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
AUG 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGACARAKOS
v.
WATTS, et al.

NO. 06-1022(JR)

## NOTICE OF APPEAL

COMES NOW THE PLAINTIFF, *PRO SE*, AND HEREBY APPEALS TO THE D.C. CIRCUIT THE DISMISSAL OF THIS CASE AND DENIAL OF ALL PRE- AND POST-DISMISSAL MOTIONS.

7/24/07

RESPECTFULLY SUBMITTED,

[signature]
PETER N. GEORGACARAKOS
*PRO SE*