UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER N. GEORGACARAKOS,  )<br>  )<br>  )        Civil Action No.: 06-1022 (JR)<br>       Plaintiff  )<br>   v.  )<br>  )<br> HARRELL WATTS, et al.,  )<br>  )<br>       Defendant.  )<br>  ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney John F. Henault as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2007, I caused the foregoing Praecipe to be served on plaintiff, via first class United States Mail:

**PETER N. GEORGACARAKOS**
# 03029-036
Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226-8500

                                          /s/
                                  KENNETH ADEBONOJO
                                  Assistant United States Attorney
                                  555 4th St., N.W.
                                  Washington, D.C. 20530
                                  (202) 514-7157
                                  kenneth.adebonojo@usdoj.gov