# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

#07/1026

GEORGE CARAKLOS

USCA No. 07-5275

WATTS, et al.

USDC No. 06-1022 (JR)

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
RECEIVED
SEP 26 2007
CLERK

ORIGINAL

FILED
OCT -5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, PETER GEORGACARAKLOS, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

THE CASE WAS IMPROPERLY DISMISSED FOR "VENUE", WHEN THE PRIMARY DEFENDANT IS THE BOP ADMINISTRATIVE REMEDY COORDINATOR AT BOP HEADQUARTERS, WASHINGTON, D.C.

Signature _Peter Georgacaraklos_
Name of *Pro Se* Litigant (PRINT) PETER N. GEORGACARAKLOS
Address P.O. BOX 8500, FLORENCE, CO 81226

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

GEORGA CARAKOS

Case No. 07-5275

v.

WATTS, et al.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ Georgacarakos

Date: 9/24/07

My issues on appeal are: CASE WAS IMPROPERLY DISMISSED FOR "IMPROPER VENUE" BECAUSE SOME DEFENDANTS DO NOT WORK OR RESIDE IN WASHINGTON, D.C.; i.e., IT WAS DISMISSED FOR DIVERSITY.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 8.00 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A | $ 0 | $ N/A |
| Total monthly income: | $ 8.00 | $ N/A | $ 0 | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ ∅ | $ ∅ |
| | | $ ∅ | $ ∅ |
| | | $ ∅ | $ ∅ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)      Other real estate (Value)      Motor vehicle # 1  N/A  (Value)
   N/A                    N/A                    Make & year: _____
                                                 Model: _____
                                                 Registration #. _____

Motor vehicle #2  N/A  (Value)      Other Assets (Value)      Other Assets (Value)
Make & year _____                        N/A                        N/A
Model _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or       Amount owed       Amount owed to
your spouse money         to you            your spouse
     N/A                   N/A                 N/A

7. State the persons who rely on you or your spouse for support.

Name                Relationship          Age
 N/A

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are real-estate taxes included? | [ ] Yes   [ ] No | |
| Is property insurance included? | [ ] Yes   [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 2.00 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $  N/A |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: ___ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): ___ | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): ___ | $ | $ |
| Department store (name): ___ | $ | $ |
| Other: ___ | $ | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): COPIES/POSTAGE | $ 10.00 | $ |
| Total monthly expenses: | $ 12.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes  [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
N/A
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
N/A
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. HAVE BEEN INCARCERATED SINCE 1991; CANNOT WORK AT ADX; AM UNLAWFULLY AT ADX, CAUSE OF ACTION; OWE LOTS ALREADY FOR COPIES AND POSTAGE FOR CASE.

13. State the address of your legal residence.
P.O. BOX 8500
FLORENCE, CO
81226

Your daytime phone number: (___) N/A
Your age: 41    Your years of schooling: SOME COLLEGE
Your social-security number: 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