# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5275**                                         **September Term, 2007**

06cv01022
Filed On: February 28, 2008

[1101703]
Peter Georgacarakos,
    Appellant

v.

Harrell Watts, Administrative Coordinator for Bureau of Prisons, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/25/08
BY: [signature]
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

**BEFORE:**  Ginsburg, Randolph, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion for appointment of counsel; and the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Venue was improper in the United States District Court for the District of Columbia, see 28 U.S.C. § 1391, and appellant has not demonstrated that transfer would have been in the interest of justice, see 28 U.S.C. § 1406(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P.41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

By:

Deputy Clerk/LD

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk